UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

| | | |
|---|---|---|
| Peter J. Bibby | : | Case #____________________ |
| VS. | : | Jury trial Requested |
| David Petrucci Indivually | : | |
| and<br>City Of Providence, ET.AL | : | CA 07 463 |
| and<br>David Petrucci Officer | : | |
| and<br>Providence Police Dept.ET.AL. | : | |
| and<br>Jane and John Doe ET.AL. | | |

CIVIL RIGHTS COMPLAINT WITH A JURY DEMAND

This is a civil action pursuant to 42 USC 1983 and is being filed against the above defendants, For Damages.

JURISDICTION

#1
This action is being brought against each of the defendants pursuant to 42 USC Section 1983 to remedy violations of the Fifth Eighth and Fourteenth amendments to the United States Constitut--ion. This court has jurisdiction over the plaintiffs claims Pursuant to 28 USC Section 1343 (3).

VENUE

Venue is proper in the First District of Providence, Rhode Island Pursuant to 28 USC Section 1391 (B).

PARTIES IN THIS ACTION

#2 Plaintiff is Peter J. Bibby, P.O. Box 8274, Cranston, R.I. 02920 Medium #1 71058 FR1B.

#3 Defendants are David Petrucci Indivually and he resides in providence, R.I. and are being sued for there actions under color of state law.

COVER

#4 City Of Providence is a defendant And are being sued in there indivual capacity for there actions under the color of state law.

#5 Providence Police is a defendant and they are an agency of City of Providence, and are being sued in there indivually capacity fot there actions under color of state law.

#6 Jane and John Does are defendants and that each party is being sued in there indivual capacity for there actions under color of state law at all times relevant to this complaint, along with the other parties involved.

FACTS

#7 In Spring of 2004, Plaintiff Peter J. Bibby met Defendant David Petrucci at the Kentucky Fried Chicken on Broad street Providence, Rhode Island while having Supper with his wife.

#8 Upon Information and belief Defendant David Petrucci noticed Plaintiffs Truck and asked him if he did heating.Plaintiff Peter Bibby responded and was asked to go look at a job at 555 Branch Avenue, Providence, Rhode Island.

#9 Plaintiff Met Defendant Petrucci and gave him a price to do the job that he asked me to do, At that time Plaintiff learned that Defendant Petrucci was a General Contractor, Known as Pet--rucci Builders, and was employed as a contractor by the owners of the property another police officer.

#10 plaintiff was awarded the contract and authorized to proceed with the work, the job was completed satisfactorily, Upon time to get paid Defendant Petrucci told Plaintiff that he had to get the money from the owners. After some time and several calls Defend-and Petrucci called and asked Plaintiff to take partial payments Plaintiff agreed and was paid partial payments, finally after time Plaintiff called defendant Petrucci and asked to get paid in

full, Defendant Petrucci agreed and asked me to hold a check, when it was time to deposit Plaintiff Called and found out check was not good at the bank.

#11 Plaintiff called Defendant and advised him that he was going to bring the check to Rhode Island State Police if he did not pay cash. Defendant agreed to come over that night and pay in full. upon arrival on July 19, 2004 David Petrucci arrived at the house that I was staying at in uniform and with another officer, upon entering the house he placed Drugs on me and told me that Plaintiff was under a arrest, While in ACI Plaintiff decided to call th Internal Affairs Division of Providence Police Dept. The police internal affairs unit showed up and took my statement with a tape recording machine and told me that he would get back to me.

#12 Shortly thereafter Officer Colin showed up and talked to me about what had happened with Defendant Petrucci, Investigators said that they were going to call my wife and get a copy of the check to support my allegations.

#13 Shortly after colins visit my wife came to my visit and told me that she and her daughter had met with officer Colin at the Providence Police dept. and that they were going to dismiss the charges and fire the police officer.

#14 While in superior court my attorney came to me on 12/7/2004 and told me that he just overheard two police officers talking about me and how that they were going to get me.

#15 upon release Plaintiff called Officer Colin and requested his check back, Officer colin told him that it was evidence and that for me to contact my attorney if I wanted it back.

#16 At all times while these events took place from arrest and during the incarceration Defendant Petrucci was employed as a police officer and still on probation.

#17 Plaintiff finally was released on December,18, 2004 and did not cause or influence the action of Officer David Petrucci while on duty or as a contractor. The defendant Petrucci used his Job as a police officer to cover his mistakes and did not want to get in trouble with the Rhode Island State Police so decided to maliciously falsely arrest me so to cover it up.

And that David Petrucci along with several Jane and John Does violated my constitutional Rights, Namely the Fifth, Eighth and Fourteenth Amendments of the United States Constitution.

#18 As a result of the defendants action from the false arrest and imprisoment The Plaintiff suffered the following Damages.

#19 Lost of Liberty.

#20 lost of Income.

#21 Lost a brand new bedroom set.

#22 Lost all my tools that were in the basement due to no one there to take care of them.

#23 lost of all my personal effects, Kitchen, and living room and bathroom things.

#24 lost several Jobs.

#25 Has effected my personal injury suit, and as a result I was unable to obtain proper medical treatment, which caused severe arthritis and lower back pain.

#26 Emotional distress.

#27 Plaintiff Peter J. Bibby demands a Jury trial.

#28
Wherefore, the Plaintiff Peter J. Bibby demands judgement in an amount sufficient to invoke the jurisdiction of this honorable court together with Punative, Compensatory,monitary and any other damages this court sees fit along with Attorney Fees Interests an court costs.

This action is Pro-Se and as a result I would like to quote the following: (Haines VS. Kerner) 404 US 519, 30 L Ed 2d 652, and 92 S CT 594.

The united States Supreme Court holds allegations of a pro-se complaint to less stringent standards than formal pleadings drafted by lawyers.

Dated 12/3/2007

Peter J. Bibby Pro-Se
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

Peter J. Bibby Pro-Se

Peter J. Bibby Pro-Se

The following attachments to this complaint are in support there of. Rap Sheet, Police Report.

VERIFICATION

I Peter J. Bibby have verified that the parties and the facts are true and correct and that they are listed and attached to this complaint and are items 1 thru 28 and are located on cover sheet page 2,3 4, 5 attached herewith.

Dated on 12/3/2007 Signed on Peter J Bibby Pro Se