# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

Peter J. Bibby

v.

David petrucci and City of Providence

Providence Police Dept.

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Peter J. Bibby, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (X)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

______________________________________

______________________________________

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

Delta Mechanical 73 Vermont Avenue Warwick, R.I. $ 28.00 per hour I was employed and a member of local 51

I tried to do part time work to support my child support and

2. Have you received within the past twelve months any money from any of the following sources?

NO

a. Business, profession or form of self-employment? Yes ( ) No (x)

b. Rent payments, interest or dividends? Yes ( ) No (X)

c. Pensions, annuities or life insurance payments? Yes (x) No ( )

I cashed in an annuity with the local union and paid personal obligations and actually received $800.00 here at the ACI

d. Gifts or inheritances? Yes ( ) No (x)

e. Any other sources? Yes (x) No ( )

Fiends and family limited amount

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account?

Yes ( ) No (x) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes (x) No ( )

If the answer is "yes," describe the property and state its approximate value.

~~I have an 1996 Ford truck valued a~~t $500.

~~and some hand tools that I use fo~~r my job.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

~~My wife maria when Im living on the st~~reet and I

~~am obligated to paying child support.~~

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on 11/25/2007
(Date)

[signature]
(Signature)

FederalInFormaPauperis

RESPONSE

1. Have you had the assistance of an attorney, other law-trained personnel, or writ writers since the conviction your petition is attacking was entered?

Yes ____________ No XXXXXX

2. If you checked "yes" above, specify as precisely as you can the period(s) of time during which you received such assistance, up to and including the present.

3. Describe the nature of the assistance, including the names of those who rendered it to you.

4. If your petition is in jeopardy because of delay prejudicial to the state under Rule 9(a), explain why you feel the delay has not been prejudicial and/r why the delay is excusable under the terms of Rule 9(a). This should be done by relying upon FACTS, not your opinions or conclusions.

5. If your petition is in jeopardy under Rule 9(b) because it asserts the same grounds as a previous petition, explain why you feel it deserves a reconsideration. If its fault under Rule 9(b) is that it asserts new grounds which should have been included in a prior petition, explain why you are raising these grounds now rather than previously. Your explanation should rely on FACTS, not your opinions or conclusions.

Executed on 11/25/2007
(Date)

[signature]
(Signature)