District Court of the United States
for the District of Rhode Island

Peter J. Bibby, Plaintiff )
) Case No. ____________
v. )
)
David Petrucci, Defendant )
City Of Providence
Providence Police dept.
Jane and John Doe ET.AL.

Motion for Appointment of Counsel

Pursuant to 28 U.S.C. §1915(e)(1) plaintiff moves for an order appointing counsel to represent himself in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

WHEREFORE, plaintiff requests that the court appoint counsel in this case.

11/25/2007
Date

Peter J. Bibby
Name

P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B