UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

Peter J. Bibby : CA. NO. 07-463-S

VS. :

David Petrucci :
and
City of Providence ET.AL. :
and
Officer David Petrucci :
and
Providence Police Dept. ET.AL. :
and
Jane and John Doe ET.AL. :

AMENDED
MOTION FOR DISCOVERY AND REQUEST FOR WRITTEN INTERROGATORIES AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE 26A-26B, RULE 33 and 34, FREEDOM OF INFORMATION ACT. AND R.I.G.L. 38.2.1 ACCESS to PUBLIC RECORDS ACT. ALL SUPPORTED BY MEMORANDUM.

Now comes the Petitioner Peter J. Bibby Pro-Se and hereby moves this honorable court to order Defendant known as City Of Provid-ence to release the following information, In consideration there of the Plaintiff states:

#1 That a complaint was filed on 12/17/2007 by the plaintiff and United States District Court assigned C.A. NO. 07-463-S.

#2 That the City of Providence was the employer of David Petrucci and listed as a known defendant.

#3 That the Plaintiff has mailed a waiver of service of summons to the defendants that are known.

#4 That several Jane and John Does exists that were involved with both the arrest and Incarceration and deprived me of my constitut ional rights.

#5 That in order to perfect service on all the defendants for there actions under the color of state law that the following questions will require answering and this information will assist the plaintiff in determining the Jane and John Does names and addresses that do exist, and also assist in preperation for trial.

#6 That the attached list of questions numbered (1) thru (24) are a part of this request for discovery listed on the attached pages 1, 2 and 3 attached herewith.

#7 That in consideration thereof the plaintiff submits a copy of both the police report and Rap Sheet that shows the 48A dismissal by the Attorney Generals office.

#8 That upon information and belief the Defendant David Petrucci was terminated by the Providence Police as a result of his action under the color of state law.

That the plaintiff Peter J. Bibby prays this honorable court grants the relief requested herein this motion, in the interests of justice.

CERTIFICATION

I Peter J. Bibby did cause a true copy of this motion to be mailed to the known defendants listed herein this motion as David Petrucci 325 Washington Street, Providence, R.I. 02903.

I Peter J. Bibby did cause a true copy of this motion to be mailed to City of Providence Legal Dept. at 25 Dorrance Street, Prov, R.I. 02903.

DATED ON 1/2/2008 SIGNED ON [signature]

Peter J. Bibby Pro-Se
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

Attachments: Three Pages of questions Interrogatories, Rap Sheet, and Police report, as well as memorandum to support motion.

United States District Court of Providence Rhode Island

(1983)
MEMORANDUM
DISCOVERY

CA. NO. 07-463-S

Plaintiffs in civil rights action under 42 USCS-1983and 1985 (3) seeking damages from city and police officers employed by city for alledged false arrest, use of excessive force, conspiracy, and prosecution without probable cause, were entitled to discovery of internal affairs division procedural manual, internal effectiveness evaluations, and civilian complaint review board files, inasmuch as plaintiffs needs for such information outweighed values of self-critical analysis and executive priviledge and defendants claim that production would be unduly burdensome. SKIBO VS. NEW YORK (1915, ED NY) 109 FRD 58, 20 FED RULES EVIDENCE SERVICE 372, 4 FR SERV 3d 293.

ORDER

________________________
JUDGE?MAGISTRATE

________________________
CLERK OF COURT

________________________
DATED

The following motion is ____________________ on this date ________
Granted/Denied.
__________2008.

Presented by
Peter J. Bibby Pro-Se
P.O. box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B