UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

Peter J. Bibby : CA. NO. 07-463-S

VS. :

David Petrucci :
and
City of Providence ET.AL. :
and
Officer David Petrucci :
and
Providence Police Dept. ET.AL. :
and
Jane and John Doe ET.AL. :

MOTION FOR DISCOVERY AND REQUEST FOR WRITTEN INTERROGATORIES PURSANT TO FEDERAL RULE 26A-B AND RULE 33, FREEDOM OF INFORMATION ACT, AND R.I.G.L. 38.2.1 ACCESS TO PUBLIC RECORDS ACT.

Now comes the Petitioner Peter J. Bibby Pro-Se and hereby moves this honorable court to order Defendant known as City Of Providence to release the following information, In consideration there of the Plaintiff states:

#1 That a complaint was filed on 12/17/2007 by the plaintiff and United States District Court assigned C.A. NO. 07-463-S.

#2 That the City of Providence was the employer of David Petrucci and listed as a known defendant.

#3 That the Plaintiff has mailed a waiver of service of summons to the defendants that are known.

#4 That several Jane and John Does exists that were involved with both the arrest and Incarceration and deprived me of my constitutional rights.

#5 That in order to perfect service on all the defendants for there actions under the color of state law that the following questions will require answering and this information will assist the plaintiff in determining the Jane and John Does names and addresses that do exist, and also assist in preperation for trial.

#6 That the attached list of questions numbered (1) thru (24) are a part of this request for discovery listed on the attached pages 1, 2 and 3 attached herewith.

#7 That in consideration thereof the plaintiff submits a copy of both the police report and Rap Sheet that shows the 48A dismissal by the Attorney Generals office.

#8 That upon information and belief the Defendant David Petrucci was terminated by the Providence Police as a result of his action under the color of state law.

That the plaintiff Peter J. Bibby prays this honorable court grants the relief requested herein this motion, in the interests of justice.

CERTIFICATION

I Peter J. Bibby did cause a true copy of this motion to be mailed to the known defendants listed herein this motion as David Petrucci 325 Washington Street, Providence, R.I. 02903.

I Peter J. Bibby did cause a true copy of this motion to be mailed to City of Providence Legal Dept. at 25 Dorrance Street, Prov, R.I. 02903.

Dated on 12/07/2007 Signed on Peter J. Bibby Pro Se

Peter J. Bibby
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

ORDER

____________________
JUDGE?MAGISTRATE

____________________
CLERK OF COURT

____________________
DATED

The following Motion is ________________ on this date ________ 2008.
GRANTED/DENIED.

Attachments: Three pages of questions, Rap sheet, and police report.