#1 A copy front and back of David Petrucci check given to Peter J. Bibby in July 2004, that Maria Bibby gave to Officer Colin from Internal Affairs.

#2 A list of Police Officers Names and addresses involved with arrest and any written Communications.

#3 The name of David Petrucci Sergeant or immediate supervisor who had knowledge of the circumstances and arrest on 7/19/2004.

#4 The name of the Investigators who handled complaint and there relationship to David petrucci in police Dept.

#5 A written report of the investigation by internal affairs,
Statements made by Peter J. Bibby,
Statements made by David Petrucci,
Statements made by any witnesses.

#6 Any prior complaints against David Petrucci for his actions that became part of any investigation by the Providence police.

#7 A written report of any phone conversations about and or relevant to the investigation that was handled by internal affairs.

#8 A written report of the conversation as to what was said by David Petrucci and or Maria Bibby and Diana Villegas at police Dept. on taped recorded line.

#9 A list of names and addresses of any witnesses that may be called at trial who had knowledge of allegations made by David Petrucci, Peter J. Bibby, and or any investigators.

#10 A written report or finding before and after by prosecuting attorney and or the police prosecutor relevant to the actions of David petrucci and his partner on 7/19/2004.

#11 A copy of any contracts that may have existed between David Petrucci and the Owners of 555 Branch avenue, and any receipts by

Providence police and David Petrucci and owner of the house where work was done by Peter J. Bibby.

#12 A written copy of the oral conversations taken by the Providence police Internal Affairs division about David Petrucci and legal basis why he was dismissed or fired from the providence police.

#13 Any known accomplices of David Petrucci involved with the arrest, of Peter J. Bibby or any other arrests by other indivuals whose charges may have been dismissed.

#14 A copy of the insurance liability policy with information about coverage limitations from David Petrucci and City of Prov.

#15 Amount of money that David Petrucci was paid for by the owner of 555 Branch avenue and how much was billed as extra, a statement.

#16 A copy of the building permit for the job that was located at 555 branch avenue, Providence.

A copy of any zoning violations that owners may have had prior to awarding the contract with Petrucci Builders and Peter J.Bibby for work at 555 Branch avenue.

#17 Any prior complaints that David Petrucci or his Partner may have, as of the night of arrest of Peter J. Bibby.

#18 A criminal history sheet of David Petrucci BCI and NCIC obtained by the prov police Current.

#19 Date of Birth (DOB) of David Petrucci and all known accomplices from time of his hiring, including any current indivuals.

#20 Any known relatives in Providence Police dept. names and addresses.

#21
Names and addresses of attorney representing David Petrucci in any Civil Action that resulted from the termination of David Petrucci employment.

#22 A list of all witnesses that may be called at trial to testify at trial, names and addresses.

#23 Phone records for David Petrucci personal cell phone for the months of May, June and July 2004.

#24 The approximate time that providence police was disbatched to Ocean street Providence, R.I. on July 19, 2004.

PETER J

SECURITY: MEDIUM SECURITY
D.O.B:

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 07/27/2001 | 10 | COURT APPEAR | P2974141A,P2974316A UPDATED |
| 10/12/2002 | 01 | COMMITMENT | INMATE RECOMMITEDISC |
| 10/12/2002 | 06 | TRANSFER | ISC HOLD - ISC E 109B |
| 10/15/2002 | 10 | COURT APPEAR | 620219041 UPDATED |
| 10/15/2002 | 10 | COURT APPEAR | ADDED P2974316A,P2001710A,P2001709A |
| 10/16/2002 | 10 | COURT APPEAR | FP861909 W/O TO $850 |
| 10/16/2002 | 10 | COURT APPEAR | F93R3583 W/O TO $1819 |
| 10/16/2002 | 10 | COURT APPEAR | F87R3149 W/O TO $170 |
| 10/16/2002 | 10 | COURT APPEAR | FP940625 W/O TO $1700 |
| 10/21/2002 | 10 | COURT APPEAR | F87R3149,F93R3583 REL ON CASE |
| 10/22/2002 | 10 | COURT APPEAR | P2974316A,P2021709A,P2001710A UPDATED |
| 10/24/2002 | 12 | COMMENT | 620219041 TO P2023226A REL PR CORR DOC |
| 10/25/2002 | 06 | TRANSFER | ISC E 109B - ISC HOLD |
| 10/25/2002 | 02 | DISCHARGE | INMATE DISCHARGED AT COURT FROM ISC |
| 05/18/2004 | 01 | COMMITMENT | INMATE RECOMMITED ISC |
| 05/18/2004 | 06 | TRANSFER | ISC HOLD - ISC G 115B |
| 05/18/2004 | 06 | TRANSFER | ISC G 115B - ISC G 115T |
| [illegible] | [illegible] | [illegible] | INMATE BAILED [illegible] FROM ISC |
| 07/20/2004 | 01 | COMMITMENT | INMATE RECOMMITED ISC |
| 07/20/2004 | 06 | TRANSFER | ISC - ISC F 216B |
| 07/27/2004 | 10 | COURT APPEAR | P2001356A,P2001709A,P2001710A UPDATED |
| 08/03/2004 | 10 | COURT APPEAR | P2001710A,P2001356A,P2001709A UPDATED |
| 08/03/2004 | 10 | COURT APPEAR | P2001710A,P2001356A,P2001709A UPDATED |
| 08/11/2004 | 10 | COURT APPEAR | P2974316A,P29741471A UPDATED |
| 08/25/2004 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 09/01/2004 | 10 | COURT APPEAR | REMANDED |
| 09/01/2004 | 10 | COURT APPEAR | P2001356A,P2001709A,P2001710A UPDATED |
| 09/23/2004 | 10 | COURT APPEAR | P2974316A,P2974141A UPDATED |
| 09/24/2004 | 12 | COMMENT | 620413773 REL ON CASE 48A AG'S FAX SC |
| 09/29/2004 | 06 | TRANSFER | ISC F 216B - ISC F 203B |
| 09/29/2004 | 10 | COURT APPEAR | P2001356A,P2974316A,P2974141A UPDATED |
| 10/14/2004 | 10 | COURT APPEAR | P2001710A,P2001709A UPDATED |
| 10/20/2004 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 10/20/2004 | 10 | COURT APPEAR | P2974316A,P2974141A,P2001710A UPDATED |
| 10/27/2004 | 10 | COURT APPEAR | P2001709A,P2001356A UPDATED |
| 10/27/2004 | 10 | COURT APPEAR | P2001709A UPDATED |
| 10/27/2004 | 10 | COURT APPEAR | P2001356A,P2974316A,P2974141A UPDATED |
| 11/03/2004 | 10 | COURT APPEAR | P2001710A UPDATED |
| 11/03/2004 | 10 | COURT APPEAR | P2974316A,P2974141A,P2001710A UPDATED |
| 11/15/2004 | 10 | COURT APPEAR | P2001709A,P2001356A UPDATED |
| 11/15/2004 | 10 | COURT APPEAR | P2974141A,P2974316A,P2001356A UPDATED |
| [illegible] | 10 | COURT APPEAR | P2974316A,P2001710A UPDATED |
| [illegible] | [illegible] | COURT APPEAR | [illegible] UPDATED |
| 11/19/2004 | 10 | COURT APPEAR | P2001709A,P2001356A,P2974316A UPDATED |
| 11/23/2004 | 10 | COURT APPEAR | P2974141A,P2974316A,P2001356A UPDATED |
| 11/23/2004 | 10 | COURT APPEAR | P2001709A,P2001710A UPDATED |
| 11/30/2004 | 10 | COURT APPEAR | REMANDED FROM COUR |
| 12/07/2004 | 10 | COURT APPEAR | REMANDED |
| 12/16/2004 | 20 | STATUS CHG | AWAITING TRIAL TO SENTENCED(02) |
| 12/16/2004 | 09 | SENTENCED | INMATE SENTENCED 5 MONTHS CONTROLLING |
| 12/17/2004 | 12 | COMMENT | RITT HOLD RELEASED FOR INMATE DISCHARGE |
| 12/17/2004 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO MIN |
| 12/17/2004 | 06 | TRANSFER | ISC F 203B - ISC A 118B |
| 12/18/2004 | 02 | DISCHARGE | INMATE EXPIRATION SENTENCE FROM ISC |
| 12/18/2004 | 06 | TRANSFER | ISC A 118B - ISC HOLD |
| 05/17/2005 | 01 | COMMITMENT | INMATE RECOMMITED ISC |
| 05/17/2005 | 06 | TRANSFER | ISC HOLD - ISC I 09B |
| 05/24/2005 | 12 | COMMENT | ADDED P2974141A $912.50 REST WARR SC |
| 05/24/2005 | 10 | COURT APPEAR | K2050289A PROBATION, SEE COND OF STAYED |

Dawn 15 5

64
Plus
Bail
TM
170
IN

3773 | 6th DISTRICT | 04-91714

STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

VS. DEFENDANT (NAME AND ALIAS)
Peter Bibby

DEFENDANT ADDRESS AND PHONE
180 Ocean St
1028 Broad Street Providence RI
STREET CITY STATE PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|
| | 00095548 | | |

OFFENSE DATE 7/19/04 ☐ DIVERS DATE
OFFICER/COMPLAINANT Lanni

POLICE DEPT./COMPLAINANT ADDRESS
PROVIDENCE POLICE DEPARTMENT 325 WASHINGTON ST.

| DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|
| PRE-ARRAIGN CONF DATE | TRIAL DATE |
| SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT | DATE 7/20/04 | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE X | DATE 7/20/04

**INITIAL APPEARANCE**

APPEARANCE DATE | BAIL FOR ALL COUNTS $ | ARRAIGNMENT DATE | JUSTICE OF THE PEACE

**ARRAIGNMENT**

ARRAIGNMENT DATE | ADVISED OF RIGHTS ☐ YES ☐ NO | JURY TRIAL WAIVED ☐ YES ☐ NO | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3

BAIL FOR ALL COUNTS | ATTORNEY NAME ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X

**COUNT 1** STATUTE(S) VIOLATED 21-28-4.01(C)(1)(A)XX ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

Peter Bibby, ALIAS JOHN OR JANE DOE, DID UNLAWFULLY WITH INTENT AND KNOWLEDGE POSSESS A CONTROLLED SUBSTANCE, TO WIT: COCAINE AS SET FORTH IN SCHEDULE 2 OF 21-28-2.08 OF THE GENERAL LAWS OF THE STATE OF RHODE ISLAND AS AMENDED, IN VIOLATION OF 21-28-4.01 (C)(1)(A) ON TO WIT: 7/19/04

DISPOSITION
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER
SENTENCE IMPOSED

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 2** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER
SENTENCE IMPOSED

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 3** STATUTE(S) VIOLATED ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

Docket Sheet Report 62-2004-13773

...13773 ... BIBBY
...JUL-2004

...ID:

Name: PETER J BIBBY

Date of Birth:

Police Dept: PROVIDENCE POLICE DEPARTMENT

Incarcerated:

...s: 15 AURORA AVENUE

CRANSTON RI 02905

BT3 (J) P

## Charge Information

Count: 1 21-28-4.01-c2i POSS SCH I-V CONTROL

Offense Date: 19-JUL-2004

Charge Text:

Disposition: INFORMATION SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

20-JUL-2004 CASH BAIL SET AT/ $500.00

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 21-SEP-2004 | PRE-ARRAIGNMENT DISP CONFERENC | 6D | |

## Events

| Date | Event | Judge |
|---|---|---|

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 20-JUL-2004 | COMPLAINT FILED | |
| 20-JUL-2004 | DEFT REFERRED PUBLIC DEFENDER | |
| 20-JUL-2004 | CASH BAIL SET | AT/ $500.00 |

Docket Entry Information

| Date | Description | Docket Text |
| --- | --- | --- |
| 20-JUL-2004 | COMPLETED | |
| 20-JUL-2004 | WANT OF BAIL DEFT IS COMMITTED | Docket entry for the letter produced from CSAEVNT on 20-JUL-2004 by EVROBINSON. |
| 09-SEP-2004 | CASE DISPOSED | |
| 09-SEP-2004 | TRANSFERRED TO SUPERIOR COURT | |

DISPOSSED OF IN SC 9/23/04 A/G'S FAX 48A