**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PETER J. BIBBY

v. C.A. No. 07-463 S

DAVID PETRUCCI, et al.

## ORDER

This matter is before the Court on the motions of the plaintiff to compel discovery. See Dkt # 7 & 8. Plaintiff's motions are **denied**, since it does not appear that any named defendant has been properly served in this case. Indeed, no defendant has entered an appearance.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
January 29, 2008