UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

| | |
|---|---|
| Peter J. Bibby | : CA.NO.07-463-S |
| VS. | : |
| David Petrucci<br>and | : |
| City Of Providence ET.AL. | : |

## EXPARTE
## MOTION FOR SERVICE OF PROCESS SUPPORTED BY AFFADAVIT

Now comes the Plaintiff Peter J. Bibby Pro-Se in the above entitled action and moves this honorable court for service of process by the United States Marshalls Service.

The Defendant(s) have failed to answer the Waiver of Service Form Copy; Attached, as required pursuant to Rule 4(c)(C)(ii) of the Federal rules of civil procedure.

The Plaintiff asks this court to order the United States Marshall to serve the Defendant(s), pursuant to Rule 4 (c)(D) of the Federal rules of civil procedure.

The Plaintiff also asks this court to grant fees and costs to the service process agency.

For the reasons stated in this motion, the Plaintiff prays that this court grant the relief sought herin.

## CERTIFICATION

I peter J. Bibby hereby certify that I mailed a true copy of the within motion to the clerk of the District court at 1 Exchange Terrace Providence, Rhode Island 02903.

Dated on 1/30/2008 Signed By Peter J Bibby Pro Se