United States District Court Of Providence Rhode Island

Peter J. Bibby : CA.NO.07-463-S

Vs. :

David Petrucci :
and
City Of Providence ET.AL. :

## AFFADAVIT IN SUPPORT OF MOTION FOR SERVICE OF PROCESS

I Peter J. Bibby Plaintiff hereby state that the following information is true and correct and that the statements being made are under the penalty of perjury pursuant to 28-USCS-1746.

#1 That the United States District Court has assigned CA.NO. 07-463-S on 12/17/2007.

#2 That a notice of lawsuit and request for waiver of service of of summons was mailed on 12/23/2007 along with a complaint.

#3 That the defendants David Petrucci and City of Providence failed to respond or mail back the waiver signed.

#4 That the Defendants have a duty to avoid the costs of Judicial service of a summons pursuant to Rule 4 of the Federal rules of Civil Procedure.

#5 That the Plaintiff has made a good faith effort to save the costs and requested the defendants to do the same.

#6 That the Plaintiff is indigent and has no funds to go forward and perfect service, and that the results of the defendants actions violates due process.

#7 That attached herewith are several documents that are in support of my request for service of process.

Peter J. Bibby : CA.NO. 07-463-S

#8 That enclosed is two (2) complaints and two (4) Summons and so that the court can forward to United States Marshall Service in order to perfect service.

Attachments are :
A:Notice of law suit and request for waiver of service of summons

B:The waiver of service form two (2) copies.

C:Copy of envelopes.

D: Copy of money transfer.

ORDER

The attached motion is ____________________ on this day___________,
granted/denied
2008.

_____________________________
Judge?magistrate

_____________________________
Clerk of Court

_____________________________
Dated

Presented by: Peter J. Bibby Pro-Se
_____________________________
Peter J. Bibby Pro-Se
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

Dated on: 1/30/ ,2008.