Peter J. Bibby

P.O. Box 8274

Cranston, R.I. 02920

Medium #1 71058 FR1B



David Petrucci ,
and
Providence Police Dept.

325 Washington Street

Providence, R.I. 02903

and

City Of Providence ET.AL.

25 Dorrance Street

Providence, R.I. 02903

ATT. LEGAL DEPT.
12/23/2007

RE: A CIVIL LAWSUIT PETER J. BIBBY VS. DAVID PETRUCCI, CITY OF PROVIDENCE, AND PROVIDENCE POLICE DEPT:

David Petrucci, Enclosed is a copy of a law suit that has been filed against you, United States District Court has assigned C.A. NO. 07-463 S.

I am asking you to waive service of a summons, Please read the attached notice and sign if you agree to the conditions outlined within the notice. You have 30 Days to answer by responding in writing and signing the WAIVER OF SERVICE FORM, and returning to the above Plaintiff at the address above. If you agree to the terms and sign and return this will allow 60 days from the above date to answer the complaint, this date the answer is due is Feb. twenty third, 2008 (2/23/2008).

You may file any objection to this complaint in your answer or response, and will also be responsible to file an answer with the Court.

13

<u>Please see the attached Exhibits:</u>

Attachments:
Exhibit A: Complaint.

Exhibit B: Notice of law suit and request for waiver of service of summons.

Exhibit C: Waiver of service of Summons. Qty. (2).

I am unable to provide a self stamped envelope due to the fact that D.O.C. does not allow these envelopes that have a stamp on them in RED to come back into ACI.

CC: File, others.

Respectfully Submitted by

Peter J. Bibby Pro-Se