6

Peter J. Bibby
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

David Petrucci
Providence Police Dept.
325 Washington Street
Providence, R.I. 02903

LEGAL MAIL

LEGAL DEPT.