#1

Peter J. Bibby Pro-Se
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

CITY OF PROVIDENCE LEGAL DEPT.

25 Dorrance Street

Providence, R.I. 02903
CITY HALL

LEGAL MAIL

LEGAL MAIL

# Adult Correctional Institutions
# Inmate Account Transfer

ID # 71058 DATE 12/23/2007

NAME Bibby Peter james
LAST FIRST MIDDLE

City Of Providence Legal Dept.
CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [##] POSTAGE AMOUNT

1. LETTER / LETTERS ______
2. CARD / CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______

TOTAL $ ______

IV [ ] WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ______

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ______

TOTAL $ ______

II. [ ] DRAW CHECK / CASH FOR $ ______

NAME ______

ADDRESS ______

CITY OR TOWN ______

RELATIONSHIP ______

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST ☐ YES ☐ NO VERIFIED ______
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Legal Corrospondence

[ ] APPROVED [ ] DENIED ______
ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT ______

$ ______ FROM THE ADULT COR- ______

RECTIONAL INSTITUTIONS BUSINESS OFFICE. ______

INMATES SIGNATURE RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY