**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PETER J. BIBBY**

**v.** **C.A. No. 07-463 S**

**DAVID PETRUCCI,**
**CITY OF PROVIDENCE,**
and the **PROVIDENCE**
**POLICE DEPARTMENT**

**ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff to have the U.S. Marshals Service serve the named defendants, David Petrucci, the City of Providence, and the Providence Police Department. Said motion is hereby **GRANTED.**

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 26, 2008