U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

RECEIVED U.S. MARSHALS OFFICE DISTRICT OF R.I.
2008 MAR -5 P 12:58

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PETER J. BIBBY | 07-463-S |
| **DEFENDANT** | **TYPE OF PROCESS** |
| PROVIDENCE POLICE DEPT. | SUMMONS(CIVIL) |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CALL 421-7740 ask who accepts service for police

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
325 WASHINGTON STREET, PROVIDENCE, R.I. 02903

Entered JDIS: Date: 3/6/08 Initial: [handwritten initials]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PETER J. BIBBYPRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

I believe that the city counsel accepts service on behalf of prov. police dept. 421-7740.

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] Pro Se | | | 2/29/2008 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. ____ | No. ____ | KW [signature] | 3-6-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
JAMES FIGUEIREDO - CLERK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
25 DORRANCE ST. 4TH/FL
PROVIDENCE, R.I. 02901

| Date of Service | Time |
|---|---|
| 3-7-08 | 11 59 (am) pm |

Signature of U.S. Marshal or Deputy: C.A. Moore

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: (1 DEP) (1/2 HR) WALKING DISTANCE: C.MOORE

James A. Figueiredo 3-7-08

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**