**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and CITY OF PROVIDENCE, ET AL and DAVID PETRUCCI OFFICER and PROVIDENCE POLICE DEPARTMENT, ET AL AND JANE AND JOHN DOE, ET AL | : | |

**ANSWER OF DEFENDANT, CITY OF PROVIDENCE**

**Jurisdiction**

1. Paragraph 1 of Plaintiff's Complaint requires no response, to the extent that it does, Defendant denies the same.

**Parties in this Action**

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

5. Defendant denies generally and specifically the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Paragraph 6 of Plaintiff's Complaint requires no response from this Defendant, to the extent that it does, Defendant denies the same.

**Facts**

7. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

8. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

9. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

10. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

11. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

12. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

13. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

14. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 14 of Plaintiff’s Complaint and leaves Plaintiff to his proof thereof.

15. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 15 of Plaintiff’s Complaint and leaves Plaintiff to his proof thereof.

16. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 16 of Plaintiff’s Complaint and leaves Plaintiff to his proof thereof.

17. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 17 of Plaintiff’s Complaint and leaves Plaintiff to his proof thereof.

18. Defendant denies generally and specifically the allegations contained in Paragraph 18 of Plaintiff’s Complaint.

19. Defendant denies generally and specifically the allegations contained in Paragraph 19 of Plaintiff’s Complaint.

20. Defendant denies generally and specifically the allegations contained in Paragraph 20 of Plaintiff’s Complaint.

21. Defendant denies generally and specifically the allegations contained in Paragraph 21 of Plaintiff’s Complaint.

22. Defendant denies generally and specifically the allegations contained in Paragraph 22 of Plaintiff’s Complaint.

23. Defendant denies generally and specifically the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendant denies generally and specifically the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25. Defendant denies generally and specifically the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26. Defendant denies generally and specifically the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Paragraph 27 of Plaintiff's Complaint requires no response from this Defendant, to the extent that it does, Defendant denies the same.

## AFFIRMATIVE DEFENSES

1. That any injury or damage suffered by the Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct.

2. That the actions of the Defendant and/or Defendant's agents in all respects were reasonable, proper and legal.

3. To the extent that the Plaintiff suffered any damages, such damages were caused or contributed to by the Plaintiff's negligence.

4. To the extent that the Plaintiff suffered any damages, the risk of such damages was assumed by the Plaintiff.

5. The Defendant's agents acted, at all times material hereto, in good faith.

6. The Defendant's agents had legal justification for all its actions relative to the Plaintiff.

7. Defendant's liability is limited by R.I.G.L. Section 9-31-3.

8. That the actions of the Defendant were lawful and proper and probable cause existed for the arrest of Plaintiff.

9. Plaintiff's cause of action is barred by the passing of the Statute of Limitations.

10. The Providence Police Department is not a legal entity.

11. The Providence Police Department is not amenable to suite under 42 U.S.C. §1983.

WHEREFORE, Defendant prays that Plaintiff's Complaint be denied and dismissed, that judgment enter for this Defendant and that Defendant be granted its costs and attorneys fees.

Defendant,
City of Providence
By its Attorneys:

Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

## Certificate of Service

I hereby certify that on this 27th day of March 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following pro se Plaintiff by regular mail, postage prepaid.

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920
Medium #1 71058 FR1B

/s/ Kevin F. McHugh
Kevin F. McHugh