C

UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA.NO.07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

MOTION FOR APPOINTMENT OF COUNSEL

PURSUANT TO 28 U.S.C. 1915(e)1 PLAINTIFF PETER J. BIBBY MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIMSELF IN THIS CASE IN SUPPORT OF THIS MOTION, THE PLAINTIFF STATES:

#1 PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERIS, AND HAS BEEN GRANTED FORMA PAUPERIS

#2 PLAINTIFF"S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. THE ISSUES INVOLVED ARE COMPLEX, AND WILL REQUIRE SIGNI FICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO THE LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW, WITHOUT ATTORNEY PLAINTIFF HAS NO WAY TO OBTAIN NECESSARY DISCOVERY DUE TO DEFENDANTS LACK OF INTERESTS, AND RESULTS VIOLATES DUE PROCESS

#3 A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

#4 AS SUPPORT FOR PLAINTIFF SUBMITS A MEMORANDUM AND ORDER ATT-ACHED HERETO.

WHEREFORE, PLAINTIFF REQUESTS THAT THIS HONORABLE COURT APPOINT COUNSEL IN THIS CASE.

PRESENTED BY: PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

DATED ON: 3/31, 2008.

PETER J. BIBBY VS. DAVID PETRUCCI, CITY OF PROVIDENCE ET.AL.
JANE AND JOHN DOE ET.AL.

MEMORANDUM/ORDER

IN THE INSTANT CASE A INDIGENT PRO-SE LITIGANT THAT IS INCARCERATED HAS NO WAY TO PERFECT SERVICE OR OBTAIN DISCOVERY, THE RESULTS VIOLATES AND INDIVUALS DUE PROCESS RIGHTS, AND INDIGENT INDIVUAL SEEKING JUSTICE FROM THE COURTS NEEDS ASSISTANCE, AND TO QUALIFY, IN THE APPROPIATE CASE THE COURT MAY REQUEST THAT A ATTORNEY REPRESENT A PLAINTIFF IN A CIVIL ACTION. HOWEVER, THERE IS NO CONSTITUTIONAL RIGHT TO A "FREE LAWYER" IN A CIVIL CASE. DESROSIER VS. MORAN, 949 F2d 15,23 (1st CIRCUIT 1991).

ABSENT EXCEPTIONAL CIRCUMSTANCES, THE COURT CAN NOT APPOINT COUNSEL IN A CIVIL MATTER. ID. at 23. EXCEPTIONAL CIRCUMSTANCES CAN INCLUDE, INTER ALIA, THE MERITS OF THE CASE, THE COMPLEXITY OF THE ISSUES, AND THE LITIGANT ABILITY TO REPRESENT HIMSELF. ID.

HERE I HAVE BEEN PLACED IN A CATCH (22) SITUATION, THE DEFENDANTS DOES NOT WANT TO RESPOND TO MY COMPLAINT, THE COURT HAS DENIED ME MOTION TO COMPEL DISCOVERY, ABSENT DISCOVERY I HAVE NO WAY TO OBTAIN ELECTRONIC INFORMATION THAT THE CITY OF PROVIDENCE, MY WIFE AND DAUGHTER HAD WITH DAVID PETRUCCI AND INTERNAL AFFAIRS. ATTACHED IS A PHOTO COPY OF THE CHECK THAT DAVID PETRUCCI GAVE TO PLAINTIFF IN THIS CASE, AND THIS IS THE REASON THAT THE DEFENDANT VIOLATED MY CONSTITUTIONAL RIGHTS, SO TO COVER UP HIS MISTAKES. WHEN I WAS RELEASED I WENT BACK TO THE HOUSE THAT I WAS STAYING AT AND WAS TOLD THAT DAVID PETRUCCI WENT BACK AND TOLD THE PEOPLE LIVING IN THE HOUSE TO THROUGH ALL OF MY THINGS OUT IN THE TRASH. ( THE REASON THAT DEFENDANT PETRUCCI WOULD HAVE SAID THIS CAN ONLY BE BECAUSE HE THOUGHT HIS CHECK WAS IN THAT APARTMENT).

AND BY DESTROYING THE EVIDENCE I WOULD HAVE HAD NO PROOF TO GO TO HIS SUPERIORS, AND THAT I BELIEVE IS THE REASON HE WENT BACK TO THE APARTMENT THAT I WAS STAYING AT.

ORDER

THE WITHIN MOTION FOR APPOINTMENT OF COUNSEL IS ________________
GRANTED/DENIED

ON THIS ________ DAY OF ____________, 2008,

______________________________
JUDGE/MAGISTRATE

______________________________
CLERK OF THE COURT

______________________________
DATED ON