UNITED STATES DISTRICT COURT OF PROVIDENCE RHIDE ISLAND

PETER J. BIBBY : CA.NO. 07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

PLAINTIFFS MOTION FOR ENTRY OF DEFAULT

AND RESPONSE TO DEFENDANTS ANSWER.

NOW COMES THE PLAINTIFF PETER J. BIBBY PRO-SE IN THE ABOVE ENTITLED ACTION AND HEREBY MOVES THIS HONORABLE COURT FOR ENTRY OF DEFAULT PURSUANT TO RULE (55A) OF THE FEDERAL RULES OF CIVIL PROCEDURE, IN SUPPORT OF THIS MOTION, THE PLAINTIFF SUBMITS THE FOLLOWING AFFADAVIT AND STATES THE FOLLOWING:

#1 THAT THE DEFENDANT WAS SERVED BY THE U.S. MARSHALLS ON MARCH 7TH, 2008.

#2 THAT ATTACHED HERETO IS A COPY OF CIVIL CASE DOCKET ENTRY SHEET WHICH SHOWS THE DEFENDANTS DID NOT ANSWER WITH THE COURT

#3 PLAINTIFF OBJECTS TO DEFENDANT COUNSELS ANSWER LISTING CA.NO. 07-464-S, CAPTION (FILE NUMBER) IS NOT THE CORRECT FILE NUMBER, AS BASIS FOR OBJECTION PLAINTIFF STATES: (SEE EXH.1 )

#4 THAT THE CITY OF PROVIDENCE THRU COUNSEL VIOLATED RULE (7A) AND RULE (10A) OF THE FEDERAL RULES OF CIVIL PROCEDURE, COPY OF WHICH IS ATTACHED HERETO.

#5 PLAINTIFF STATES THAT RULE (7A) STATES (THERE SHALL BE A COMPAINT AND AN ANSWER, SEE EXHIBIT ATTACHED HERETO). (2)

#6 PLAINTIFF STATES THAT RULE (10A) STATES (EVERY PLEADING SHALL CONTAIN A CAPTION SETTING FORTH THE NAME OF THE COURT, THE TITLE OF THE ACTION, THE FILE NUMBER, AND A DESIGNATION AS IN RULE 7(a)

#7 PLAINTIFF FURTHER STATES THAT AN ANSWER TO CA.NO. 07-463-S WAS DUE WITHIN TWENTY (20) DAYS AND AS OF 3/31/2008, PLAINTIFF DID NOT RECEIVE AN ANSWER FOR THE APPROPIATE CASE WITHIN THE TIME ALLOWED UNDER THE FEDERAL RULES OF CIVIL PROCEDURE.

#8 THAT DEFENSE COUNSEL VIOLATED RULE (11) AFTER AFFIXING HIS SIGNATURE (electronic) WHEN HE ACKNOWLEDGED HE HAS READ THE ANSWER. (SEE EXHIBIT 5).

WHEREFORE, FOR THE REASONS STATED IN THIS MOTION PLAINTIFF PETER J. BIBBY, MOVES THIS HONORABLE COURT FOR AN ENTRY OF DEFAULT AGAINST THE DEFENDANT (CITY OF PROVIDENCE).

DATED ON 3/31/2008 . PRESENTED BY: [signature]

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

AFFADAVIT OF SUPPORT

I PETER J. BIBBY DO STATE UNDER THE PENALTY OF PERJURY THAT AS OF 31 DAY OF MARCH, 2008, I HAD NOT RECEIVED AN ANSWER TO THE APPROPIATE CA.N. 07-463-S .

I ALSO MAILED A TRUE AND ACCURATE COPY TO THE OTHER DEFENDANT DAVID PETRUCCI AT 144 HARRIS ROAD, SMITHFIELD, R.I. 02917.

AS ADDITIONAL SUPPORT A COPY OF THE MARSHALL SERVICE IS ATTACHED HERETO. (SEE EXHIBIT #4).

[signature]
PETER J. BIBBY PRO-Se

## CERTIFICATION

I PETER J. BIBBY DO CERTIFY THAT ON 31 DAY OF March, 2008, DID CAUSE A TRUE AND ACCURATE COPY OF THE WITHIN MOTION FOR ENTRY DEFAULT AGAINST THE DEFENDANTS HEREIN THIS ACTION, BY MAILING TO CITY OF PROVIDENCE, 25 DORRANCE STREET, PROVIDENCE, RHODE ISLAND 02903.

I PETER J. BIBBY DO CERTIFY THAT ON 31 DAY OF March, 2008, DID CAUSE A TRUE AND ACCURATE COPY OF THE WITHIN MOTION FOR ENTRY OF DEFAULT AGAINST THE DEFENDANT DAVID PETRUCCI HEREIN THIS ACTION BY MAILING TO 144 HARRIS ROAD, SMITHFIELD, RHODE ISLAND 02917.

PETER J. BIBBY PRO-Se

## ORDER

THE WITHIN MOTION FOR ENTRY OF DEFAULT IS ________________ ON THIS
GRANTED/DENIED

__________ DAY OF __________, 2008.

______________________________
JUDGE/MAGISTRATE

______________________________
CLERK OF THE COURT

______________________________
DATED ON: