**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY<br><br>VS<br><br>DAVID PETRUCCI, Individually and<br>CITY OF PROVIDENCE, ET AL<br>and DAVID PETRUCCI OFFICER and<br>PROVIDENCE POLICE DEPARTMENT,<br>ET AL AND JANE AND JOHN DOE, ET AL | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 07-464-S |

## ANSWER OF DEFENDANT, CITY OF PROVIDENCE

### Jurisdiction

1. Paragraph 1 of Plaintiff's Complaint requires no response, to the extent that it does, Defendant denies the same.

### Parties in this Action

2. Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant neither admits nor denies but is without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and leaves Plaintiff to his proof thereof.

5. Defendant denies generally and specifically the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Paragraph 6 of Plaintiff's Complaint requires no response from this Defendant, to the extent that it does, Defendant denies the same.

WHEREFORE, FOR THE REASONS STATED IN THIS MOTION PLAINTIFF PETER J. BIBBY, MOVES THIS HONORABLE COURT FOR AN ENTRY OF DEFAULT AGAINST THE DEFENDANT (CITY OF PROVIDENCE).

DATED ON________________.PRESENTED BY:____________________

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

AFFADAVIT OF SUPPORT

I PETER J. BIBBY DO STATE UNDER THE PENALTY OF PERJURY THAT AS OF ____________DAY OF ________________, 2008, I HAD NOT RECEIVED AN ANSWER TO THE APPROPIATE CA.N. 07-463-S .

I ALSO MAILED A TRUE AND ACCURATE COPY TO THE OTHER DEFENDANT DAVID PETRUCCI AT 144 HARRIS ROAD, SMITHFIELD, R.I. 02917.

AS ADDITIONAL SUPPORT A COPY OF THE MARSHALL SERVICE IS ATTACHED HERETO. (SEE EXHIBIT #4).

____________________
PETER J. BIBBY PRO-Se

CERTIFICATION

I PETER J. BIBBY DO CERTIFY THAT ON________DAY OF__________,2008, DID CAUSE A TRUE AND ACCURATE COPY OF THE WITHIN MOTION FOR ENTRY DEFAULT AGAINST THE DEFENDANTS HEREIN THIS ACTION, BY MAILING TO CITY OF PROVIDENCE, 25 DORRANCE STREET, PROVIDENCE, RHODE ISLAND 02903.

I PETER J. BIBBY DO CERTIFY THAT ON________DAY OF_________, 2008, DID CAUSE A TRUE AND ACCURATE COPY OF THE WITHIN MOTION FOR ENTRY OF DEFAULT AGAINST THE DEFENDANT DAVID PETRUCCI HEREIN THIS ACTION BY MAILING TO 144 HARRIS ROAD, SMITHFIELD, RHODE ISLAND 02917.

______________________________
PETER J. BIBBY PRO-Se

ORDER

THE WITHIN MOTION FOR ENTRY OF DEFAULT IS________________ON THIS
GRANTED/DENIED

__________DAY OF___________,2008.

______________________________
JUDGE/MAGISTRATE

______________________________
CLERK OF THE COURT

______________________________
DATED ON: