| | | |
|---|---|---|
| | | States Marshal. (Geile, Wendy) (Entered: 03/11/2008) |
| 03/11/2008 | 13 | Process Return and Receipt as to David Petrucci Executed by United States Marshal (Geile, Wendy) (Entered: 03/11/2008) |
| 03/11/2008 | 14 | Process Return and Receipt as to Providence Police Department Executed by United States Marshal. (Geile, Wendy) (Entered: 03/11/2008) |
| 03/27/2008 | 15 | *Defendant City of Providence's* ANSWER to Complaint by City of Providence.(McHugh, Kevin) (Entered: 03/27/2008) |