MJC:ljc 95385 \pleading\95385SpecialLtdEntry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS. | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, CITY OF PROVIDENCE, | : | |
| PROVIDENCE POLICE DEPARTMENT, | : | |
| JANE AND JOHN DOE, ET AL | : | |

**SPECIAL/LIMITED ENTRY OF APPEARANCE**

Now comes the undersigned, Michael J. Colucci, and makes this special/limited entry of appearance on behalf of defendant Petrucci, solely for the purpose of contesting the current jurisdiction over him and to set aside the entry of default against him based on the failure and insufficient service of process upon him.

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 16th day of April, 2008, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

/s/ Michael J. Colucci

**CERTIFICATION**

I certify that I sent a true copy of the within on April 16, 2008, to:

Peter J. Bibby, pro se
P.O. Box 8724
Cranston, RI 02920
Medium #1 71058 FR1B

/s/ Michael J. Colucci