**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| and DAVID PETRUCCI OFFICER and | : | |
| PROVIDENCE POLICE DEPARTMENT, | : | |
| ET AL AND JANE AND JOHN DOE, ET AL | : | |

**DEFENDANT, CITY OF PROVIDENCE'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

The Plaintiff basis his Motion on 28 U.S.C. 1951(e) 1, which is attached hereto as Exhibit "1".

He also relies on Desrosier v.Moran, 949 2d. 15 (1st Cir, 1991).

In that case the First Circuit stated that in order to have the court appoint counsel in a civil case a Plaintiff must demonstrate that he is indigent and that exceptional circumstances are present such that a denial of counsel is likely to result in fundamental unforeseen injury or a violation of his due process right. Id. at 22 citing Childs v. Duchworth, 705 F. 2d 915, 922. (7th Cir.1983).

To determine whether there are exceptional circumstances sufficient to warrant the appointment of counsel, the court must examine the total situation, focusing on the merits of the case the complexity of the legal issues and the litigant's ability to represent himself. Id. at 22 citing ( Cookis v. Cunningham, 78 F. 2d 1, 2-3 (1st Cir. 1986)

In this case, the Court has granted the Plaintiff's request to proceed in forma pauperis.

As to the merits of this case, this is in essence a 42 U.S.C. §1983 case against the City. There is no allegation in the Complaint of any policy or practice of the city to violate citizens Fourth Amendment Rights. The case turns on a private debt owed by a police officer to the Plaintiff. The allegations are that the police officer had the Plaintiff arrested so he didn't have to pay the debt. This sounds in respondeat superior. There is no respondeat superior for municipalities under 42 U.S.C. Sec. 1983. See Monell v. Dept. of Social Services, 436 U.S. 658 (1978).

Thus, the case has no merit as to the City. The allegations in the case sound as a false arrest case.

The legal issues in this case are not complex. The case is a false arrest case. The primary issue in a false arrest case is whether or not there was probable cause to make an arrest. See for e.g. Acosta v. Ames Department Stores, Inc. 386 F. 3rd 5 (1st Cir. 2004). Mann v. Cannon, 731 F. 2d 54 (1st Cir 1984).

The Plaintiff has had no problem representing himself thus far. He has filed a complaint, obtained an entry of default against an individual defendant and filed and had granted a Motion to Proceed in forma pauperis.

In addition he has filed several motions, including this one. In short, the Plaintiff is adequately representing himself.

The usual case in which the court appoints counsel in a civil case is a prisoner case filed against the prison. See e.g. Lewis v. Sullivan, 135 F. Supp 2d 954 (W.D. Wisconsin 2001).

In this case it is the City of Providence and an individual police officer who are the Defendants. The Plaintiff happens to be a prisoner. This is not a case which merits appointment of cousel.

WHEREFORE, Defendant City of Providence requests that the Motion to Appoint Counsel be denied.

Defendant,
City of Providence
By its Attorneys:

Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

Certificate of Service

I hereby certify that on this 18th day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following pro se Plaintiff by regular mail, postage prepaid.

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920
Medium #1 71058 FR1B

/s/ Kevin F. McHugh
Kevin F. McHugh