UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

| | |
|---|---|
| PETER J. BIBBY | : CA.NO. 07-463-S |
| VS. | : |
| DAVID PETRUCCI<br>AND | : |
| PROVIDENCE POLICE ET.AL.<br>AND | : |
| CITY OF PROVIDENCE ET.AL.<br>AND | : |
| JANE AND JOHN DOE ET.AL. | : |

PLAINTIFFS RESPONSE AND OBJECTION TO DEFENDANT CITY OF PROVIDENCE COUNTER CLAIM FOR LEGAL FEES AND COSTS.

NOW COMES THE PLAINTIFF,PRO-SE, PURSUANT TO RULE 7(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND HEREBY OBJECTS TO DEFENDANT ANSWER AND REQUEST FOR ATTORNEY FEES: AS BASIS FOR OBJECTION, PLAINTIFF STATES THE FOLLOWING, AND SUBMITS THE ATTACHED EXHIBITS :

#1 THAT THE DEFENDANT, CITY OF PROVIDENCE THRU COUNSEL ALLEDGES IN COUNT (7-17) THAT THEY ARE WITHOUT KNOWLEDGE TO EITHER ADMIT OR DENY THE ALLEGATIONS ALLEDGED IN PLAINTIFFS COMPLAINT.

#2 THAT THE DEFENDANT FURTHER DENIES THE DAMAGES WERE A RESULT OF THE CITY OF PROVIDENCE (AGENTS) THE PROVIDENCE POLICE.

#3 THE PLAINTIFF STATES THAT THE DEFENDANTS ALLEDGE THEY ARE WITHOUT KNOWLEDGE, TO EITHER ADMIT OR DENY THE FACTS ALLEDGED, WHEN ON THE OTHER HAND INSURE THIS HONORABLE COURT THAT THEY ARE KNOWLEDGABLE ENOUGH TO DENY DAMAGES ARE A RESULT OF THERE ACTIONS

#4 PLAINTIFF ALLEDGES THAT THE DEFENDANT CITY OF PROVIDENCE HAD KNOWLEDGE THRU ITS AGENTS PROVIDENCE POLICE, AS SUPPORT FOR THIS PLAINTIFF SUBMITS THE FOLLOWING EXHIBITS AND STATES THIS.

#5 PLAINTIFF FURTHER ALLEDGES THAT THE DEFENDANTS THRU THERE INTERNAL AFFAIRS INVESTIGATION UNIT RESPONDED TO ACI INTAKE CENTER IN THE SUMMER OF 2004, PURSUANT TO MY REQUEST.

#6 THAT A HEAVY SET BLACK MAN CAME TO ACI IN SUMMER AND TOOK MY COMPLAINT ON A TAPED RECORDED LINE, AND THEN CAME BACK ON A SECOND TRIP WITH OFFICER COLIN.

#7 INVESTIGATOR COLIN AND HIS PARTNER ASKED THE PLAINTIFF SEVERAL QUESTIONS, THE PLAINTIFF STATED THAT HE WAS PAID BY DAVID PETRUCCI BY A CHECK THAT WAS NOT GOOD, (SEE COPY ATTACHED) EXT 1.

#8 THE PLAINTIFF FURTHER STATED THAT HE HAD A CONTRACTUAL RELATIONSHIP WITH THE DEFENDANT PETRUCCI, AND HE HAD CALLED HIM ON HIS PERSONAL CELL PHONE ON THE DAY OF THE ARREST, AFTER WHICH HE RESPONDED AND ARRESTED THE PLAINTIFF WITHOUT PROBABLE CAUSE.

#9 OFFICER COLIN STATED TO PLAINTIFF THAT HE NEEDED TO TALK TO MY WIFE MARIA BIBBY SO FOR HER TO PROVIDE THEM WITH A COPY OF THE CHECK THAT WAS NOT GOOD.

#10 WHILE IN ACI MY WIFE CAME TO MY VISIT AND TOLD ME THAT SHE AND HER DAUGHTER DIANA VILLEGAS WERE CALLED DOWN TO THE POLICE DEPARTMENT, AFTER PRODUCING THE ORIGINAL COPY OF THE CHECK GAVE IT TO INVESTIGATOR COLIN PER HIS REQUEST.

#11 WHILE MARIA AND DIANA WERE AT THE PROVIDENCE POLICE DEPT. INSPECTOR COLIN HAD MY DAUGHTER DIANA CALL OFFICER DAVID PETRUCCI WHILE ASKING SEVERAL QUESTIONS, THE OFFICER/INSPECTOR COLIN STATED THAT BASED UPON THE FOLLOWING INFORMATION AND EVIDENCE THAT THE PROVIDENCE POLICE DEPARTMENT WERE GOING TO DISMISS THE CHARGES THRU THE PROCESS OF 48A COPY OF WHICH IS NOTED IN EXH. 2.

#12 UPON INFORMATION AND BELIEF PLAINTIFF WAS ADVISED BY HIS WIFE THAT SHORTLY THE PROVIDENCE POLICE DEPARTMENT WERE DISMISSING THE CHARGES AND WERE TO TERMINATE THE POLICE OFFICER EMPLOYMENT.

#13 I UPON RECEIVING THIS INFORMATION TOLD MY WIFE TO CALL MY ATTORNEY ROBERT D. WATT AND EXPLAIN THE ENTIRE SITUATION TO HIM I ALSO CALLED ROBERT WATT AND LET HIM KNOW, WHILE IN COURT I AGAIN TOLD ROBERT D. WATT WHO IN ERROR TRIED TO HAVE ME PUT ON HOME CONFINEMENT, AFTER NOT SHOWING UP FOR COURT ON TIME.

#14 PLAINTIFF FURTHER STATES THAT THERE IS A PENDING LEGAL MAL-PRACTICE SUIT AGAINST ROBERT D. WATT LISTED AS CA.NO. PC 07-6431.

#15 PLAINTIFF FURTHER STATES THAT ALTHOUGH THE DEFENDANTS ARE LIABLE TO THE PLAINTIFF FOR THERE ACTIONS UNDER THE COLOR OF STATE LAW, THEY MAY NOT BE LIABLE FOR ALL OF THE DAMAGES.

#16 PLAINTIFF FURTHER STATES THAT THE CITY OF PROVIDENCE DID KNOW OF THE CONTRACTUAL RELATIONSHIP THAT PLAINTIFF HAD WITH DEFENDANT PETRUCCI, AND THAT THEY ARE NOW NOT BEING TRUTHFULL IN THERE ANSWER SAYING THAT THEY ARE WITHOUT KNOWLEDGE TO EITHER ADMIT OR DENY THE PLAINTIFFS ALLEGATION IN HIS COMPLAINT.

#17 PLAINTIFF FURTHER STATES THAT HE CAN PRODUCE FURTHER EVIDENCE THRU DISCOVERY BY REVIEWING DEFENDANTS CELL PHONE RECORDS FOR THE MONTHS OF MAY, JUNE AND JULY 2004, ALONG WITH INTERNAL AFFAIRS RECORDS WHICH WILL SHOW THAT THERE WAS A CONTRACTUAL RELATIONSHIP WITH THE PLAINTIFF AND THE DEFENDANT AND PROVIDENCE POLICE WERE AWARE OF THIS.

#18 THE PLAINTIFF FURTHER STATES THAT HE CAN DESCRIBE THE HOUSE THAT HE WORKED AT LOCATED AT 555 BRANCH AVENUE, PROVIDENCE, WHERE HE DID THE WORK FOR DEFENDANT DAVID PETRUCCI CONSTRUCTION WHO WAS ACTING AS GENERAL CONTRACTOR FOR THE OWNER/OFFICER OF THE POLICE DEPARTMENT.

#19 THAT THIS PROPERTY WAS OWNED BY ANOTHER POLICE OFFICER WHO TOLD ME THAT HE HAD PAID DEFENDANT PETRUCCI FOR THE WORK THAT I COMPLETED, AND TO SEE DEFENDANT PETRUCCI FOR MY MONEY.

#20 PLAINTIFF WOULD ASK THIS COURT TO ORDER THE SERVICE BY PUBLIC ATION IN THE EVENT THAT U.S. MARSHALLS ARE UNABLE TO LOCATE THE DEFENDANT DAVID PETRUCCI.

#21 PLAINTIFF IS NOT TRYING TO EMBARASS THE CITY OF PROVIDENCE OR ITS AGENT PROVIDENCE POLICE DEPARTMENT, BUT ONLY WANTS TO SEEK JUSTICE FOR THE WRONGFULL ACTIONS BY ITS EMPLOYEES.

#22 THE PLAINTIFF STATES THAT FURTHER DISCOVERY WILL SHOW ALL THE PARTIES INVOLVED THAT THERE WAS A CONTRACTUAL RELATIONSHIP WITH PETRUCCI BUILDERS, AND THAT IT IS CRITICAL TO OBTAIN DISCOVERY.

#23 PLAINTIFF FURTHER STATES THAT ALTHOUGH THEY ARE LIABLE FOR THERE ACTS UNDER THE COLOR OF STATE LAW, DEFENDANT WAS CONSTITUTIONALY OBLIGATED TO PROTECT MY RIGHTS, AND DID SO WHEN THEY DISMISSED THE CHARGES THRU (48A) AND TERMINATED THE DEFEND- ANT PETRUCCI. DEFENDANT CAN NOT NOW SAY THAT THEY ARE WITHOUT KNOWLEDGE TO EITHER ADMIT OR DENY THE ALLEGATIONS IN MY COMPLAINT TO DO SO, VIOLATES MY RIGHTS, DUE PROCESS, AND THIS HONORABLE COURTS INTELIGENCE. SEE EXHIBIT # (2).

#24 PLAINTIFF FURTHER STATES THAT THERE IS A LEGAL MALPRACTICE LAW SUIT PENDING IN PROVIDENCE SUPERIOR COURT AGAINST ROBERT D. WATT WHO IN THE SAME TIME PERIOD FAILED TO EXCERCISE ORDINARY CARE AND SKILL POSSESED BY AN AVERAGE ATTORNEY, AND DUE TO HIS INEFFECTIVE ASSISTANCE OF COUNSEL VIOLATED OUR CONTRACTUAL AGREE- MENT, THEREFORE, DEFENDANT CITY OF PROVIDENCE MAY CONSIDER BRINGING IN ROBERT D. WATT AS A THIRD PARTY TO THIS PENDING ACTION.

#25 PLAINTIFF WOULD LIKE TO ADDRESS THE ISSUE OF THE STATUE OF LIMITATIONS, PURSUANT TO DEFENDANTS AFFIRMATIVE DEFENSE LISTED ON THERE UNTIMELY ANSWER # (9).

#26 PLAINTIFF STATES THAT IF DEFENSE COUNSEL FOR THE CITY OF PROV SUGGEST THAT THE STATUE ACRUED ON DATE OF ARREST (PLAINTIFF WOULD BE COVERED PURSUANT TO 9-1-14 OF THE R.I.G.L. FOR REASONS OF THE FACT THAT PLAINTIFF ATTEMPTED TO FILE A COMPLAINT IN SUPERIOR COURT ON 7/09/2004, AND MAILED TO THE COURT CERTIFIED MAIL RRR. THE COURT THEN SENT IT BACK TO THE PLAINTIFF WITH FURTHER REQUEST WHICH I COMPLIED WITH AND REMAILED CERTIFIED RRR ON 7/27/2004. THIS WOULD HAVE BEEN (6) DAYS PRIOR TO THE ACCRUAL OF THE ARREST. SEE EXH 3.

PETER J. BIBBY VS. DAVID PETRUCCI AND CITY OF PROV. ET. AL. CA.NO 07-463-S.

#27 THE PLAINTIFF THEN MAILED A SECOND COPY TO THE SUPERIOR COURT CERTIFIED MAIL RRR ON 7/27/2004, WHICH WAS ACCEPTED BY CLERKS ON 7/30/2004, HOWEVER IT NEVER GOT DOCKETED, SEE EXH 3 .

#28 PLAINTIFF STATES THAT HE HAS NO OBJECTION FOR THE CITY OF PROVIDENCE TO GO AFTER ROBERT D. WATT, SEE EXH.(4).

#29 PLAINTIFF FURTHER REQUESTS A CONFERENCE WITH CITY DEFENSE COUNSEL SO TO DISCUSS DISCOVERY, OR A THREE WAY CALL SET UP THRU THE COUNSELORS, OR A VISIT AT THE ACI.

PRESENTED BY:

DATED ON: 4/13/2008

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

## CERTIFICATION

I CERTIFY THAT ON 13 DAY OF April, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO DEFENSE COUNSEL ANSWER AND COUNTER CLAIM, TO KEVIN MCHUGH AT 275 WESTMINSTER STREET PROVIDENCE RHODE ISLAND 02903, SUITE 200.

I CERTIFY THAT ON 13 DAY OF April, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO DAVID PETRUCCI AT 144 HARRIS ROAD SMITHFIELD, RHODE ISLAND 02917.

I CERTIFY THAT ON 13 DAY OF April, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO THE CLERK OF THE DISTRICT COURT AT ONE EXCHANGE TERRACE PROVIDENCE RHODE ISLAND 02903.

PETER J. BIBBY PRO-SE