DATE: 05/06/2007

SHEET

EXHIBIT (2)

SECURITY: MEDIUM SECURITY

PETER J

D.O.B:

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 07/27/2001 | 10 | COURT APPEAR | P2974141A, P2974316A UPDATED |
| 10/12/2002 | 01 | COMMITMENT | INMATE RECOMMITEDISC |
| 10/12/2002 | 06 | TRANSFER | ISC HOLD - ISC E 109B |
| 10/15/2002 | 10 | COURT APPEAR | 620219041 UPDATED |
| 10/15/2002 | 10 | COURT APPEAR | ADDED P2974316A, P2001710A, P2001709A |
| 10/16/2002 | 10 | COURT APPEAR | FP861909. W/O TO $850 |
| 10/16/2002 | 10 | COURT APPEAR | F93R3583 W/O TO $1819 |
| 10/16/2002 | 10 | COURT APPEAR | F87R3149 W/O TO $170 |
| 10/16/2002 | 10 | COURT APPEAR | FP940625 W/O TO $1700 |
| 10/21/2002 | 10 | COURT APPEAR | F87R3149, F93R3583 REL ON CASE |
| 10/22/2002 | 10 | COURT APPEAR | P2974316A, P2021709A, P2001710A UPDATED |
| 10/24/2002 | 12 | COMMENT | 620219041 TO P2023226A REL PR CORR DOC |
| 10/25/2002 | 06 | TRANSFER | ISC E 109B - ISC HOLD |
| 10/25/2002 | 02 | DISCHARGE | INMATE DISCHARGED AT COURT FROM ISC |
| 05/18/2004 | 01 | COMMITMENT | INMATE RECOMMITED ISC |
| 05/18/2004 | 06 | TRANSFER | ISC HOLD - ISC G 115B |
| 05/18/2004 | 06 | TRANSFER | ISC G 115B - ISC G 115T |
| [illegible] | [illegible] | [illegible] | INMATE BAILED [illegible] FROM ISC |
| [illegible] | [illegible] | COMMITMENT | INMATE RECOMMITED ISC |
| 07/20/2004 | 06 | TRANSFER | ISC - ISC F 216B |
| 07/27/2004 | 10 | COURT APPEAR | P2001356A, P2001709A, P2001710A UPDATED |
| 08/03/2004 | 10 | COURT APPEAR | P2001710A, P2001356A, P2001709A UPDATED |
| 08/03/2004 | 10 | COURT APPEAR | P2974316A, P29741471A UPDATED |
| 08/11/2004 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 08/25/2004 | 10 | COURT APPEAR | REMANDED |
| 09/01/2004 | 10 | COURT APPEAR | P2001356A, P2001709A, P2001710A UPDATED |
| 09/01/2004 | 10 | COURT APPEAR | P2974316A, P2974141A UPDATED |
| 09/23/2004 | 12 | COMMENT | 620413773 REL ON CASE 48A AG'S FAX SC |
| 09/24/2004 | 06 | TRANSFER | ISC F 216B - ISC F 203B |
| 09/29/2004 | 10 | COURT APPEAR | P2001356A, P2974316A, P2974141A UPDATED |
| 09/29/2004 | 10 | COURT APPEAR | P2001710A, P2001709A UPDATED |
| 10/14/2004 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 10/20/2004 | 10 | COURT APPEAR | P2974316A, P2974141A, P2001710A UPDATED |
| 10/20/2004 | 10 | COURT APPEAR | P2001709A, P2001356A UPDATED |
| 10/27/2004 | 10 | COURT APPEAR | P2001709A UPDATED |
| 10/27/2004 | 10 | COURT APPEAR | P2001356A, P2974316A, P2974141A UPDATED |
| 10/27/2004 | 10 | COURT APPEAR | P2001710A UPDATED |
| 11/03/2004 | 10 | COURT APPEAR | P2974316A, P2974141A, P2001710A UPDATED |
| 11/03/2004 | 10 | COURT APPEAR | P2001709A, P2001356A UPDATED |
| 11/15/2004 | 10 | COURT APPEAR | P2974141A, P2974316A, P2001356A UPDATED |
| 11/15/2004 | 10 | COURT APPEAR | [illegible], P2001710A UPDATED |
| [illegible] | [illegible] | COURT APPEAR | [illegible] UPDATED |
| 11/19/2004 | 10 | COURT APPEAR | P2001709A, P2001356A, P2974316A UPDATED |
| 11/23/2004 | 10 | COURT APPEAR | P2974141A, P2974316A, P2001356A UPDATED |
| 11/23/2004 | 10 | COURT APPEAR | P2001709A, P2001710A UPDATED |
| 11/30/2004 | 10 | COURT APPEAR | REMANDED FROM COUR |
| 12/07/2004 | 10 | COURT APPEAR | REMANDED |
| 12/16/2004 | 20 | STATUS CHG | AWAITING TRIAL TO SENTENCED(02) |
| 12/16/2004 | 09 | SENTENCED | INMATE SENTENCED 5 MONTHS CONTROLLING |
| 12/17/2004 | 12 | COMMENT | RITT HOLD RELEASED FOR INMATE DISCHARGE |
| 12/17/2004 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO MIN |
| 12/17/2004 | 06 | TRANSFER | ISC F 203B - ISC A 118B |
| 12/18/2004 | 02 | DISCHARGE | INMATE EXPIRATION SENTENCE FROM ISC |
| 12/18/2004 | 06 | TRANSFER | ISC A 118B - ISC HOLD |
| 05/17/2005 | 01 | COMMITMENT | INMATE RECOMMITED ISC |
| 05/17/2005 | 06 | TRANSFER | ISC HOLD - ISC I 09B |
| 05/24/2005 | 12 | COMMENT | ADDED P2974141A $912.50 REST WARR SC |
| 05/24/2005 | 10 | COURT APPEAR | K2050289A PROBATION, SEE COND OF STAYED |

EXHIBIT #(2)

EXHIBIT (2)

STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

6th DISTRICT | 04-91714

DEFENDANT (NAME AND ALIAS)
Peter Bibby

ADDRESS AND PHONE
Broad Street Providence RI
CITY STATE PHONE

DEF. BCI NO. 00095548 | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO.

DATE 7/19/04 | ☐ DIVERS DATE | OFFICER/COMPLAINANT Lanni

POLICE DEPT./COMPLAINANT ADDRESS
PROVIDENCE POLICE DEPARTMENT 325 WASHINGTON ST.

DETERMINE ATTY. DATE | PRE TRIAL DATE
PRE-ARRAIGN CONF DATE | TRIAL DATE
SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT | DATE 7/20/04 | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE X | DATE 7/20/04

INITIAL APPEARANCE

APPEARANCE DATE | BAIL FOR ALL COUNTS $ | ARRAIGNMENT DATE | JUSTICE OF THE PEACE

ARRAIGNMENT

ARRAIGNMENT DATE | ADVISED OF RIGHTS ☐ YES ☐ NO | JURY TRIAL WAIVED ☐ YES ☐ NO | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3

BAIL FOR ALL COUNTS | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X

COUNT 1 | STATUTE(S) VIOLATED 21-28-4.01(C)(1)(A) | ☐ FELONY XX | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE

Peter Bibby, ALIAS JOHN OR JANE DOE, DID UNLAWFULLY WITH INTENT AND KNOWLEDGE POSSESS A CONTROLLED SUBSTANCE, TO WIT: COCAINE AS SET FORTH IN SCHEDULE 2 OF 21-28-2.08 OF THE GENERAL LAWS OF THE STATE OF RHODE ISLAND AS AMENDED, IN VIOLATION OF 21-28-4.01 (C)(1)(A) ON TO WIT: 7/19/04

DISPOSITION
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______
SENTENCE IMPOSED

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

COUNT 2 | STATUTE(S) VIOLATED | ☐ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE

DISPOSITION
☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING
☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______
SENTENCE IMPOSED

PROCEEDING ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

COUNT 3 | STATUTE(S) VIOLATED | ☐ FELONY | ☐ MISDEMEANOR | ☐ VIOLATION | ☐ ORDINANCE

EXHIBIT (2)