EXHIBIT (3)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Court
250 Benefit St
Providence RI
02903
(Civil Clerk)

2. Article Number
(Transfer from service label) 7004 0750 0002 5736 7188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery 7-30-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Court
(Clerks Civil)
250 Benefit Street
Prov. RI 02903

2. Article Number
(Transfer from service label) 7004 0750 0002 5736 7164

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery 7-13-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT (3)

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

FIRST CLASS

UNITED STATES POSTAGE
$ 00.580
02 1M
00042236
JUL 27 2007
MAILED FROM ZIP CODE 02903

FR-1D

Peter Bibby
P.O. Box 8274
Cranston RI 02920

02920$0274 B002

EXHIBIT (3)