EXHIBIT (4)

B7 (6)

State of Rhode Island and Providence Plantations

Providence, S.C. Superior Court

Peter J. Bibby Case #

VS.

Robert D. Watt Attorney And Supervisory Attorneys Et. AL.

Jane and John Doe Insurance Company Et, AL.

City Of Providence, ET. AL. Jury Trial Requested

David Petrucci ET. AL.

Providence Police ET,AL Civil Action

COMPLAINT

This is a civil ACTION FOR DAMAGES against the Defendants as listed above they are listed as Robert D. Watt Esquire his supervisory lawyer, City Of Providence Providence Police Dept. David Petrucci Jane and John Doe Insurance Carriers and I alledge the following: False Imprissoment and Legal Malpractice by the above defendants

Parties in this action

#1 Plaintiff Peter J. Bibby is a resident of City of Cranston, P.O. Box 8274, Cranston, R.I. 02920.

#2 Robert D. Watt is a defendant and is an attorney in the city of Providence, R.I. located at 84 Ship Street.

#3 City Of Providence is a defendant and there address is city Hall Providence, R.I. David Petrucci officer for Prov. Police

#4 John and Jane Doe are unknown at this moment but do exist. as supervisory attorneys ET, AL. and insurance carriers. ET, AL.



EXHIBIT (4)