UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA.NO.07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

PLAINTIFFS RESPONSE TO DEFENDANT PETRUCCI OBJECTION AND REQUEST TO SET ASIDE DEFAULT

NOW COMES THE PLAINTIFF, PETER J. BIBBY, PRO-SE, AND HEREBY STATES THAT THE DEFENDANT PETRUCCI THRU COUNSEL WOULD HAVE THIS COURT BELIEVE THAT OFFICER DAVID PETRUCCI (USUAL PLACE OF ABODE) IS AND WOULD NOT HAVE BEEN THE PROVIDENCE POLICE DEPARTMENT IN ANY CAPACITY, AS BASIS FOR DEFENSE COUNSEL OBJECTION WITH REQUEST THRU MOTION TO SET ASIDE, DEFENSE COUNSEL ALLEDGES THAT PETRUCCI WAS NOT SERVED AT HIS USUAL PLACE OF ABODE, NOR WAS THE PROVIDENCE POLICE HUMAN RESOURCES CLERK AN AGENT AUTHORIZED BY LAW, I DISAGREE. (AS BASIS FOR MY OBJECTION THE PLAINTIFF STATES THE FOLLOWING):

#1 THAT THE MARSHALLS SERVICE WERE DIRECTED TO EMPLOYEES RECORDS FOR THE PURPOSE OF OBTAINING INFORMATION SO TO OBTAIN PROPER SERVICE, THAT THE WHERE-A-BOUTS OF DEFENDANT PETRUCCI WOULD HAVE BEEN KNOWN THRU THIS DEPARTMENT, (SEE ATTACHED EXHIBIT #1).

#2 THAT I MAILED A REQUEST TO SUSAN HARRINGTON, REQUESTING HER IN HER CAPACITY AS CLERK AND EMPLOYEE AND KEEPER OF RECORDS TO PROVIDE TO EITHER ME OR THE U.S.MARSHALLS THE NECESSARY INFORMATION SO TO PERFECT SERVICE ON DEFENDANT PETRUCCI, WITH NO RESPONSE. (SEE ATTACHED EXHIBIT HERETO # 2).

#3 THAT I FURTHER REQUESTED ALTENATE SERVICE MOST RECENTLY IN A RESPONSE ADDRESSED TO CITY OF PROVIDENCE, THAT IF IT PLEASES THIS HONORABLE COURT, I WOULD REQUEST AGAIN A MEANS SO NOT TO VIOLATE DUE PROCESS, A WAY TO PERFECT SERVICE.

PETER J. BIBBY VS. DAVID PETRUCCI AND CITY OF PROVIDENCE ET.AL. 07-463-S.

#4 THAT A USUAL PLACE OF ABODE IN A CAPACITY AS A POLICE OFFICER WOULD BE THE POLICE DEPARTMENT IN A OFFICIAL CAPACITY.

#5 THAT PLAINTIFF HAS BEEN DILIGENT AND AS WE SPEAK THRU THIS COMMUNICATION THE U.S. MARSHALLS ARE LOOKING FOR DEFENDANT PETRUCCI SO TO SERVE HIM IN HIS INDIVUAL CAPACITY.

#6 THAT ON 3/28/2008 I RECEIVED A COPY OF A CHECK THAT DAVID PETRUCCI GAVE TO ME FROM MY WIFE MARIA, AND I IMMEDIATELY FORWARD ED A REQUEST TO THE MARSHALLS TO ATTEMPT TO SERVE MR. PETRUCCI. (SEE EXHIBIT # 3).

#7 THAT I WOULD OBJECT FOR THIS COURT TO SET ASIDE A DEFAULT AND NOT PROVIDE ME WITH ALTENATE MEANS TO PERFECT SERVICE IN THE INSTANT SITUATION.

#8 THAT IT IS IMPORTANT TO OBTAIN SERVICE AND DISCOVERY SO TO PROVE DEFENDANT PETRUCCI INTENTION AND MOTIVES.

#9 THAT WITHOUT SERVICE OR DISCOVERY THE PLAINTIFF CASE WOULD BE PREJUDICED, (SEE AFFIDAVIT ATTACHED EXHIBIT #4).

WHERFORE, FOR THE REASONS STATED IN THIS RESPONSE PLAINTIFF OBJECTS TO DEFENDANT PETRUCCI ATTEMPTS TO SET ASIDE THIS DEFAULT.

RESPECTFULLY SUBMITTED BY

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

CERTIFICATION

I CERTIFY THAT ON 22 DAY OF April, 2008, I MAILED A TRUE AND ACCURATE COPY TO THE OLENN & PENZA,LLP ATTENTION MICHAEL J. COLUCCI THE WITHIN RESPONSE WITH OBJECTION TO 530 GREENWICH AVENUE WARWICK, R.I. 02886.

PETER J. BIBBY VS. DAVID PETRUCCI AND CITY OF PROVIDENCE ET.AL.
CA.NO. 07-463-S.

I CERTIFY THAT ON 22 DAY OF April ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO KEVIN MCHUGH AT 275 WESTMINSTER STREET PROVIDENCE R.I. 02903, SUITE # 200.

I CERTIFY THAT ON 22 DAY OF April , 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO CLERK OF THE DISTRICT COURT, AT ONE EXCHANGE TERRACE PROVIDENCE R.I. 02903.

PETER J. BIBBY PRO-Se

ATTACHMENTS ARE:
(4) EXHIBITS.