U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: PETER J. BIBBY PRO-SE

COURT CASE NUMBER: ~~#######~~ 07-463-S

DEFENDANT: DAVID PETRUCCI C/O PROVIDENCE POLICE DEPARTMENT

TYPE OF PROCESS: SUMMONS (CIVIL)

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: DAVID PETRUCCI 325 WASHINGTON STREET PROVIDENCE R.I.

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 325 WASHINGTON STREET CARE OF PROVIDENCE POLICE

Entered JDIS: Date: 3-6-08 Initial: KW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PETER J. BIBBY pro-SE
P.O. BOX 8274
CRANSTON, R.I. ~~02920~~ 02920
MEDIUM # 1 71058 FR1B

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 3

Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold Fold

GO TO PROVIDENCE POLICE DEPARTMENT OR CALL EMPLOYEES RECORDS IN CITY HALL FOR DAVID PETRUCCI OR ASK IF LEGAL DAPARTMENT WOULD LIKE TO EXCEPT SERVICE ON BEHALF OF ITS EMPLOYEE DAVID PETRUCCI IF NOT TALK TO THE CITY COUNSEL WHO ACCEPTS SERVICE OF PROCESS FOR CITY EMPLOYEES. 421-7740 I BELIEVE ITS THE CITY COUNSEL.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| P.J. Bibby Pro-se | ☒ PLAINTIFF ☐ DEFENDANT | | 2/29/2008 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | KW | 3 6.08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: SUSAN HARRINGTON - CLERK HUMAN RESOURCES

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: 325 WASHINGTON ST. 2nd/FL PROV. R.I.

Date of Service: 3/7/08 Time: 1208 am / (pm)

Signature of U.S. Marshal or Deputy: C.A. Moore

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: (1 DEP) (1/2 HR) 2 MILES - SERVED C. MOORE

Susan Harrington 3/7/08

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)