PETER J. BIBBY
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

EXHIBIT (2)

UNITED STATES DISTRICT COURT
ONE EXCHANGE TERRACE
FEDERAL BUILDING AND COURT HOUSE
PROVIDENCE, R.I. 02903

ATTENTION CLERK:

3/30/2008

RE: CASE # PETER J. BIBBY VS. DAVID PETRUCCI, CITY OF PROVIDENCE.
CA.NO -7-463-S.

DEAR CLERK, ON 3/28/2008, I RECEIVED A COPY OF THE CHECK THAT DAVID PETRUCCI GAVE TO ME IN 2004, ON THIS CHECK IS AN ADDRESS I WOULD LIKE THE U.S.MARSHALLS TO TRY AND ATTEMPT TO SERVE THE DEFENDANT AT THIS ADDRESS.

ALTHOUGH THE HUMAN RESOURCES DEPARTMENT HAS SIGNED ON BEHALF OF DAVID PETRUCCI, THIS WAS THE LAST KNOWN ADDRESS THAT I HAD.

I ALSO WROTE TO SUSAN HARRINGTON IN HUMAN RESOURCES TO PROVIDE ME WITH THE LAST KNOWN ADDRESS OF PROVIDENCE POLICE FORMER EMPLOYEE.

ALTHOUGH SUSAN HARRINGTON ACCEPTED SERVICE ON BEHALF OF DAVID PETRUCCI, DAVID PETRUCCI MAY COME FORWARD AT A LATER DATE AND ALLEDGE THAT HE WAS NOT INFORMED, OR DID HE HAVE PROPER SERVICE. PLEASE FORWARD TO ME A BLANK APPLICATION SO I CAN HAVE MARSHALL SERVE, I ALSO MAILED A COPY OF THE COMPLAINT TO THIS ADDRESS.

CC: FILE.
ATTACHMENTS: A COPY OF CHECK I RECEIVED ON 3/28/2008.
LETTER TO SUSAN HARRINGTON.

RESPECTFULLY SUBMITTED BY

______________________

PETER J. BIBBY PRO-SE

PETER J. BIBBY
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

PROVIDENCE POLICE DEPARTMENT
325 WASHINGTON STREET
PROVIDENCE, R.I. 02903

3/28/2008

ATTENTION:HUMAN RESOURSES CLERK SUSAN HARRINGTON 2ND FLOOR.

DEAR CLERK SUSAN HARRINGTON, PLEASE PROVIDE ME WITH THE CURRENT ADDRESS OF FORMER OFFICER DAVID PETRUCCI AND LAST KNOWN NUMBER SO THAT THE U.S. MARSHALLS MAY SERVE DAVID PETRUCCI IN A PENDING CIVIL ACTION FEDERAL COURT CA.NO. 07-463-S.

IF FOR ANY REASON YOU ARE UNABLE TO PROVIDE ME WITH THE INFORMATION SOUGHT IN THIS REQUEST, KINDLY RESPOND IN WRITING.

CC: FILE
ATTACHMENTS: COPY OF SERVICE.
BY U.S. MARSHALLS.

RESPECTFULLY SUBMITTED BY

PETER J. BIBBY PRO-SE