UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA.NO.07-463-S

VS. :

DAVID PETRUCCI : EXHIBIT (4)
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

AFFIDAVIT

28-USCS-1746

NOW COMES THE AFFIANT, PETER J. BIBBY, PRO-SE AND HEREBY STATE UNDER OATH THAT ON THE 23RD DAY OF DECEMBER ,2007. I MAILED BY U.S. MAIL POSTAGE PREPAID A REQUEST FOR WAIVER OF SERVICE TO THE DEFENDANTS IN THIS ACTION, I FURTHER STATE THAT THE REQUEST WAS MAILED TO THE LAST KNOWN ADDRESS AT THE TIME THAT WAS AVAIL-ABLE TO ME, PURSUANT TO THE REQUIREMENTS OF FEDERAL RULES OF CIVIL PROCEDURE RULE NUMBER (4) (c) (C) (ii), COPY OF WHICH IS ATTACHED HERETO.

AS A RESULT OF DEFENDANT PETRUCCI LACK OF INTERESTS, I THEN REQ-UESTED A MOTION FOR PROCESS OF SERVICE, JUDGE HAGOPIAN ISSUED AN ORDER BASED UPON MY ATTEMPTS AND PETRUCCI LACK OF INTERESTS, COPY OF WHICH IS ATTACHED HERETO

THE PLAINTIFF BECAME AWARE OF ANOTHER ADDRESS THRU MAIL BY HIS WIFE (A COPY OF A CHECK WITH THE ADDRESS ON IT) I THEN REQUESTED THE MARSHALLS SERVICE TO ATTEMPT TO SERVE DEFENDANT PETRUCCI AT 144 HARRIS ROAD, SMITHFIELD R.I. 02917. AS OF TODAY I HAVE NOT HEARD BACK FROM THE MARSHALLS SERVICE.

MY ATTEMPTS HAVE CERTAINLY BEEN DILIGENT, IN ADDITION I HAVE WRITTEN TO OVER (24) LAWYERS WITH ABOUT (6) RESPONSES NO ONE IS INTERESTED IN TAKING THIS CASE, COPY OF WHICH IS ATTACHED HERETO. THE PLAINTIFF REQUESTS THIS COURT FOR ISSUANCE OF AN ORDER FOR TACK ON SERVICE OR ANOTHER ALTENATE METHOD TO PERFECT SERVICE.

DATED ON 22 APRIL 2008

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PETER J. BIBBY**

**v.** **C.A. No. 07-463 S**

**DAVID PETRUCCI,**
**CITY OF PROVIDENCE,**
**and the PROVIDENCE**
**POLICE DEPARTMENT**

**O R D E R**

This matter is before the Court on the motion of the *pro se* plaintiff to have the U.S. Marshals Service serve the named defendants, David Petrucci, the City of Providence, and the Providence Police Department. Said motion is hereby **GRANTED.**

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 26, 2008

PETER J. BIBBY

P.O. BOX 8274

CRANSTON, R.I. 02920

MEDIUM #1 71058 FR1B

______________________________

______________________________

______________________________

2/27/2008, AND 3/14/2008

RE: A CIVIL RIGHTS ACTION IN FEDERAL COURT.

TO WHOM IT MAY CONCERN,
ENCLOSED IS A CIVIL RIGHTS ACTION THAT HAS BEEN ASSIGNED CA.NO 07-463 IN FEDERAL COURT.

I JUST RECENTLY FILED A MOTION FOR PROCESS OF SERVICE DUE TO THE FACT THAT THE CITY OF PROVIDENCE AND DAVID PETRUCCI FAILED TO WAIVE SERVICE.

I AM CURRENTLY IN NEED FOR A R.I. ATTORNEY TO ADDRESS MY ISSUES EITHER PRO-BONO OR ON A CONTINGENCY BASIS, PLEASE RESPOND IF YOU ARE INTERESTED IN TAKING ON THIS CASE.

ATTACHED IS A COPY OF THE CASE THAT HAS BEEN FILED, I AM AT THE ACI IN CRANSTON, MEDIUM #1 BUILDING.

THANK YOU FOR YOUR TIME IN REVIEWING THIS CORROSPONDENCE.
THE DEFENDANTS HAVE BEEN SERVED AS OF 3/07/2008.
CC: FILE, OTHERS.
ATTACHMENTS: CASE WITH
CITY OF PROVIDENCE.

RESPECTFULLY SUBMITTED BY

__________________________

PETER J. BIBBY PRO-SE

FEDERAL DISTRICT COURT HAS APPROVED MY MOTION FOR PROCESS OF SERVICE AGAINST THE DEFENDANTS IN THE ATTACHED COMPLAINT, PLEASE COME HERE IF YOU ARE INTERESTED IN TAKING ON THIS CASE.
I TRIED TO FILE THIS ACTION IN PROVIDENCE SUPERIOR COURT IN JULY 9/2007 AND SENT IT TO THE DEFENDANTS BY OF CERTIFIED MAIL RRR.
I HAVE A RETURN RECEIPT.

BRUCE P. GLADSTEIN C/R
750 EAST AVENUE
PAWTUCKET, R.I. 02860 2/28/2008

WISTOW & BARYLICK
61 WEYBOSSET STREET
PROVIDENCE, R.I. 02903

RONALD J. RESMINI C/R N/I
155 SOUTH MAIN STREET
PROVIDENCE, R.I. 02903 2/28/2008

CARNEY & BASSIL
20 PARK PLACE SUITE 1405
BOSTON, MASS. 02116

MATTHEW J. BRIER C/R
2 DEXTER STREET
PAWTUCKET, R.I. 02860 2/28/2008

GERARD J. GOOD 3/2/2008
240 UNION AVENUE
NEW BEDFORD, MASS. 02740

SINAPI,FORMISANO & COMPANY LTD. C/R
100 MIDWAY RD.
CRANSTON, R.I. 02920 3/02/2008 N/I

STEPHEN LIPMAN 3/2/2008
45 BROOMFIELF STREET 8th
BOSTON, MASS. 02108 FL.

DELIBERIO & COLOIN N/I
128 DORRANCE STREET
PROVIDENCE, R.I. 02903 2/29/2008

NATIONAL LAWYYERS GUILD
14 BEACON STREET STE#407
BOSTON, MASS 02108 3/3/08

PAUL DIMAIO
215 BROADWAY
PROVIDENCE, R.I. 02909 2/29/2008

SETH PERLMUTTER 3/03/2008
949 PARK AVENUE
CRANSTON, R.I. 02910

ELDER LAW OFFICES
2 CHARLES STREET
PROVIDENCE, R.I. 02904 2/29/2008

COOGAN,SMITH,MCGAHAN,
LORINCZ,JACOBI & SHANLEY
LLP 3/03/2008
144 BANK STREET P.O. BOX
2320.
ATTLEBORO, MASS 02703

JOSEPH F. LACHUT
1193 RESERVOIR AVENUE
CRANSTON, R.I. 02920 2/29/2008

JAMES PATRICK ONEIL N/I
462 BROADWAY
PROVIDENCE, R.I. 02909 2/29/2008

SWARTZ & SWARTZ
10 MARSHAL STREET 3/03/08
BOSTON, MASS. 02108-2405

LOVETT & LOVETT
358 BROADWAY
PROVIDENCE, R.I. 02909 2/29/2008

BRIAN CUNHA 3/03/2008
311 PINE STREET
FALL RIVER, MASS. 02720

THIS IS A PARTIAL LIST OF ATTORNEYS THAT I ATTEMPTED TO MAIL THE CASE WITH THE CITY OF PROVIDENCE.

JOSEPH M. CODEGA ESQUIRE C/R
37 SOCKANOSSETT CROSSROAD
CRANSTON, R.I. 02920 3/02/2008

MASS. CORRECTIONAL LEGAL
SERVICES 8th WINTER ST.
BOSTON, MASS. 02108 N/I
3/14/2008

KEVIN BRISTOW
505 TURKS HEAD BUILDING
PROVIDENCE, R.I. 02903 3/15/2008 N/I

VAL DIVIACCHI UNIT 1A
111 BEACH STREET
BOSTON, MASS. 02108

VOLUNTEER LAWYER PROGRAM GAVE ME ATTORNEY DANIEL V. MCKINNON
115 CEDAR STREET PROVIDENCE, R.I. 02903 3/15/2008

UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

Peter J. Bibby : CA.NO.07-463-S

VS. :

David Petrucci :
and
City Of Providence ET.AL. :

EXPARTE
MOTION FOR SERVICE OF PROCESS SUPPORTED BY AFFADAVIT

Now comes the Plaintiff Peter J. Bibby Pro-Se in the above entitled action and moves this honorable court for service of process by the United States Marshalls Service.

The Defendant(s) have failed to answer the Waiver of Service Form Copy; Attached, as required pursuant to Rule 4(c)(C)(ii) of the Federal rules of civil procedure.

The Plaintiff asks this court to order the United States Marshall to serve the Defendant(s), pursuant to Rule 4 (c)(D) of the Federal rules of civil procedure.

The Plaintiff also asks this court to grant fees and costs to the service process agency.

For the reasons stated in this motion, the Plaintiff prays that this court grant the relief sought herin.

CERTIFICATION

I peter J. Bibby hereby certify that I mailed a true copy of the within motion to the clerk of the District court at 1 Exchange Terrace Providence, Rhode Island 02903.

Dated on ______________________ Signed By ______________________

United States District Court Of Providence Rhode Island

Peter J. Bibby : CA.NO.07-463-S

Vs. :

David Petrucci :
and
City Of Providence ET.AL. :

AFFADAVIT IN SUPPORT OF MOTION FOR SERVICE OF PROCESS

I Peter J. Bibby Plaintiff hereby state that the following information is true and correct and that the statements being made are under the penalty of perjury pursuant to 28-USCS-1746.

#1 That the United States District Court has assigned CA.NO. 07-463-S on 12/17/2007 .

#2 That a notice of lawsuit and request for waiver of service of of summons was mailed on 12/23/2007 along with a complaint.

#3 That the defendants David Petrucci and City of Providence failed to respond or mail back the waiver signed.

#4 That the Defendants have a duty to avoid the costs of Judicial service of a summons pursuant to Rule 4 of the Federal rules of Civil Procedure.

#5 That the Plaintiff has made a good faith effort to save the costs and requested the defendants to do the same.

#6 That the Plaintiff is indigent and has no funds to go forward and perfect service, and that the results of the defendants actions violates due process.

#7 That attached herewith are several documents that are in support of my request for service of process.

Peter J. Bibby : CA.NO. 07-463-S

#8 That enclosed is two (2) complaints and two (4) Summons and so that the court can forward to United States Marshall Service in order to perfect service.

Attachments are :
A:Notice of law suit and request for waiver of service of summons

B:The waiver of service form two (2) copies.

C:Copy of envelopes.

D: Copy of money transfer.

ORDER

The attached motion is ____________________ on this day____________, 2008.
granted/denied

______________________________
Judge?magistrate

______________________________
Clerk of Court

______________________________
Dated

Presented by:

______________________
Peter J. Bibby Pro-Se
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

Dated on:____________,2008.

Peter J. Bibby

P.O. Box 8274

Cranston, R.I. 02920

Medium #1 71058 FR1B

David Petrucci,
and
Providence Police Dept.

325 Washington Street

Providence, R.I. 02903

and

City Of Providence ET.AL.

25 Dorrance Street

Providence, R.I. 02903

ATT. LEGAL DEPT.
12/23/2007

RE: A CIVIL LAWSUIT PETER J. BIBBY VS. DAVID PETRUCCI, CITY OF PROVIDENCE, AND PROVIDENCE POLICE DEPT:

David Petrucci, Enclosed is a copy of a law suit that has been filed against you, United States District Court has assigned C.A. NO. 07-463 S.

I am asking you to waive service of a summons, Please read the attached notice and sign if you agree to the conditions outlined within the notice. You have 30 Days to answer by responding in writing and signing the WAIVER OF SERVICE FORM, and returning to the above Plaintiff at the address above. If you agree to the terms and sign and return this will allow 60 days from the above date to answer the complaint, this date the answer is due is Feb. twenty third, 2008 (2/23/2008).

You may file any objection to this complaint in your answer or response, and will also be responsible to file an answer with the Court.

13

<u>Please see the attached Exhibits:</u>

Attachments:
Exhibit A: Complaint.

Exhibit B: Notice of law suit and request for waiver of service of summons.

Exhibit C: Waiver of service of Summons. Qty. (2).

I am unable to provide a self stamped envelope due to the fact that D.O.C. does not allow these envelopes that have a stamp on them in RED to come back into ACI.

CC: File, others.

Respectfully Submitted by

Peter J. Bibby Pro-Se

C1

EXHIBIT B

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) David Petrucci, Providence Police Dept, City of Providence ET.AL.

as (B) Police officer of (C) City Of Providence

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) District of Rhode Island

and has been assigned docket number (E) C.A. NO. 07-463-S.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service In order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 30 days after the date designated below as the date on which this Notice and Request Is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

I am unable to send a stamped envelope due to D.O.C. will not allow in

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days f rom that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request Is being sent to you on behalf of the plaintiff, this 23 day of December, 2007.

Peter J. Bibby Pro-Se

Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

Peter J. Bibby Pro-Se
P.O. Box 8274
Cranston, R.I. 02920
Medium #1 71058 FR1B

A - Name of Individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of Individual to corporate defendant
C - Name of corporate defendant, If any
D - District
E - Docket number of action
F- Addressee must be given at least 30 days (60 days If located In foreign country) In which to return waiver

D 1

EXHIBIT C

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Peter J. Bibby Pro-Se
(Name of Plaintiff's Attorney or Unrepresented Plaintiff)

I, David Petrucci, Providence Police Dept. E.T. A.L., acknowledge receipt of your request

that I waive service of summons in the action of Peter J. Bibby VS. David Petrucci Providence Police Dept. and City Of Providence ET.AL.
(Caption of Action)

which is case number C.A. NO. 07-463 S in the UNITED STATES DISTRICT COURT
(Docket Number)

for the DISTRICT OF RHODE ISLAND.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. Unable to send ACI envelopes because they have a red stamp and are not allowed back in at ACI.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 12/23/2007, or within 90 days after that date if the request was sent outside the United States.
(Date Request Was Sent)

Date

Signature

Printed/Typed Name

For Defendant

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.