UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA.NO.07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

PLAINTIFF RESPONSE WITH OBJECTION TO DEFENDANT CITY OF PROVIDENCE OBJECTION FOR PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES THE PLAINTIFF, PETER J. BIBBY, PRO-SE, AND HEREBY RESPONDS WITH OBJECTION TO DEFENDANT CITY OF PROVIDENCE UNTIMELY REMARKS CONCERNING PLAINTIFF REQUEST FOR APPOINTMENT OF COUNSEL, AS BASIS FOR OBJECTION, PLAINTIFF STATES THE FOLLOWING:

#1 THE PLAINTIFF FILED ON MARCH 31, 2008 A MOTION FOR APPOINTMENT OF COUNSEL, PRIOR TO RECEIVING THE DEFENDANTS ANSWER FROM THE COMPLAINT. SEE EXHIBIT # 1.

#2 THAT THE DEFENDANT THRU COUNSEL HAS NOW FILED AND UNTIMELY OBJECTION, (18 DAYS LATER, SEE EXHIBIT #2).

#3 THAT THE DEFENDANTS CITY OF PROVIDENCE, BECAME A PARTY TO THIS ACTION ON MARCH 07,2008, AND THRU COUNSEL HAD (46) DAYS TO REVIEW THE FILES.

#4 DUE TO THE DEFENSE COUNSEL LACK OF DILIGENCE, (18 DAYS HAVE PASSED PRIOR TO THE FILING OF AN OBJECTION FOR MY APPOINTMENT OF COUNSEL.

#5 THAT PLAINTIFF WILL BE PREJUDICED BY DEFENSE COUNSEL NEGLECT AND FAILURE TO REQUEST AN EXTENSION OF TIME, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 6B, EXTENDING TIME.

#6 THAT RULE 6(b)(B) STATES THAT MOTIONS MADE AFTER THE TIME EXPIRED IF THE PARTY FAILED TO ACT BECAUSE OF EXCUSABLE NEGLECT, (SEE EXHIBIT #3 PAGE 255 & 256 ATTACHED HERETO).

#7 THAT EVEN IF AN EXTENSION UNDER RULE 6B WAS REQUESTED THAT CONDITIONS SET FORTH IN (EXHIBIT #4 WOULD APPLY,(SEE PAGE # 261 AND 262 ATTACHED).

PETER J. BIBBY VS. DAVID PETRUCCI AND CITY OF PROVIDENCE ET.AL.
CA-NO.07-463-S.

THAT DUE TO NEGLECT AND LACK OF DILIGENCE CITY OF PROVIDENCE BY AND THRU ITS ATTORNEYS HAVE FAILED TO STATE A REASON FOR THERE UNTIMELY OBJECTION AS REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE.

WHEREFORE FOR THE REASONS STATED IN THIS OBJECTION PLAINTIFF REQUESTS THAT THE OBJECTION RAISED BY THE DEFENDANTS CITY OF PROVIDENCE BE DISMISSED WITH PREJUDICE.

DATED ON: 4/24/2008

RESPECTFULLY SUBMITTED BY

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

ATTACHMENTS ARE:
4 EXHIBITS.

CERTIFICATION

I CERTIFY THAT ON 24 DAY OF April, 2008, I MAILED A TRUE AND ACCURATE COPY TO OLENN & PENZA POSTAGE PREPAID BY MAILING TO 530 GREENWICH AVENUE WARWICK R.I. 02886, ATTN MICHAEL J. COLUCCI.

I CERTIFY THAT ON 24 DAY OF April, 2008, I MAILED A TRUE AND ACCURATE COPY TO CITY OF PROVIDENCE 275 WESTMINSTER STREET PROVIDENCE R.I. 02903, SUITE 200.

I CERTIFY THAT ON 24 DAY OF April, 2008, I MAILED A TRUE COPY TO THE CLERK OF THE DISTRICT COURT AT ONE EXCHANGE TERRACE PROVIDENCE R.I. 02903.

PETER J. BIBBY PRO-SE