EXHIBIT (2)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and<br>CITY OF PROVIDENCE, ET AL<br>and DAVID PETRUCCI OFFICER and<br>PROVIDENCE POLICE DEPARTMENT,<br>ET AL AND JANE AND JOHN DOE, ET AL | :<br>:<br>:<br>:<br>: | |

**DEFENDANT, CITY OF PROVIDENCE's OBJECTION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the Defendant, City of Providence and hereby objects to Plaintiff's Motion for Appointment of Counsel. Defendant relies on its accompanying Memorandum in Support thereof.

Defendant,
City of Providence
By its Attorneys:

Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

Case 1:07-cv-00463-S-JH Document 21 Filed 04/18/2008 Page 2 of 2

Certificate of Service

I hereby certify that on this 18th day of April 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following pro se Plaintiff by regular mail, postage prepaid.

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920
Medium #1 71058 FR1B

/s/ Kevin F. McHugh
Kevin F. McHugh