UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA. NO. 07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
PROVIDENCE POLICE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

MOTION FOR AN ORDER REQUESTING DISCOVERY CONFERENCE

NOW COMES THE PRO-SE PLAINTIFF PETER BIBBY AND HEREBY REQUEST A CONFERENCE AT THE ACI MEDIUM #1 FACILITY BY DEFENDANTS REPRESEN TATIVE CITY OF PROVIDENCE, PURSUANT TO RULE (26F) AS BASIS FOR THE CONFERENCE PLAINTIFF WISHES TO DISCUSS THE FOLLOWING:

#1 AUTOMATIC DISCLOSURES: ANY CHANGES TO THE TIMING, FORM, OR REQUIREMENT FOR DISCLOSURES UNDER RULE 26(a). THE PLAN MUST EXPLICITLY STATE WHEN THE INITIAL DISCLOSURES WERE OR ARE TO BE MADE;

#2 DISCOVERY SCOPE AND SCHEDULE: THE LIKELY SUBJECTS OF DISCOV- ERY, THE COMPLETION DATE FOR DISCOVERY, AND ANY DISCOVERY THAT SHOULD BE CONDUCTED IN PHASES OR LIMITED TO OR FOCUSED ON PARTICULAR ISSUES;

#3 ELECTRONIC INFORMATION: ISSUES RELATING TO THE DISCLOSURE OR PRODUCTION OF ELECTRONICALLY STORED INFORMATION, INCLUDING THE SOURCES OF SUCH DATA, THE FORM IN WHICH IT SHOULD BE PRODUCED (i.e., IN PAPER OR ELECTRONIC FORM, AND IF ELECT- RONIC, HOW IT WILL BE MADE AVAILABLE), AND THE COSTS OF SUCH PRODUCTION;

#4 PRIVELEDGE ISSUES: ISSUES RELATING TO CLAIMS OF PRIVILEDGE OR WORK PRODUCT PROTECTION, INCLUDING ANY PROCEDURES TO BE USED IN THE EVENT OF THE PRODUCTION OF PRIVELEDGED INFORMAT- ION (TO THE EXTENT THAT ANY DIFFER FROM THE PROCEDURES IN RULE 26(b)(2)(B);

#5 DISCOVERY LIMITS: ANY CHANGES TO THE DISCOVERY LIMITS ESTABLISHED BY THE RULE, PLUS ANY ADDITIONAL LIMITS; AND

#6 OTHER ORDERS: ANY OTHER CASE MANAGEMENT OR PROTECTIVE ORDERS PROPOSED TO THE COURT FOR CONSIDERATION AT THE COURT'S SCHEDULING CONFERENCE.

#7 ANY OTHER MATTERS DEFENSE COUNSEL DEEMS APPROPIATE RELATING TO DISCOVERY.

DATED ON: APRIL 26.2008

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

CERTIFICATION

I CERTIFY THAT ON 25 DAY OF April ,2008 I MAILED A TRUE COPY OF THE WITHIN REQUEST FOR DISCOVERY CONFERENCE AT A TIME AVAILABLE TO THE DEFENSE COUNSEL WITH TWO WEEKS FROM THE DATE ORDERED BY THE COURT. THE WITHIN MOTION WAS MAILED TO 275 WEST MINSTER STREET PROVIDENCE RHODE ISLAND 02903, SUITE 200.

I CERTIFY THAT ON 25 DAY OF April ,2008, I MAILED A TRUE AND ACCURATE COPY TO THE CLERK OF THE COURT AT ONE EXCHANGE TERR-ACE FEDERAL BUILDING AND COURT HOUSE PROVIDENCE R.I. 02903.

PETER J. BIBBY PRO-SE