UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

| | |
|---|---|
| PETER J. BIBBY | : CA.NO. 07-463-S |
| VS. | : |
| DAVID PETRUCCI AND | : |
| CITY OF PROVIDENCE ET.AL. AND | : |
| JANE AND JOHN DOE ET.AL. | : |

MOTION TO COMPEL DISCOVERY

NOW COMES THE PLAINTIFF, PETER J. BIBBY, PRO-SE, AND HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CITY OF PROVIDENCE TO PROVIDE THE NECESSARY CONTACT INFORMATION, ADDRESSES, PHONE NUMBERS FOR THE FORMER POLICE OFFICER DAVID PETRUCCI FOR THE SOLE PURPOSE TO OBTAIN PROPER SERVICE. AS SUPPORT FOR THE PLAINTIFF SUBMITS THE ATTACHED AFFIDAVIT IN SUPPORT THEREOF:

RESPECTFULLY SUBMITTED BY

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

DATED ON: APRIL 25, 2008

CERTIFICATION

I CERTIFY THAT ON 25 DAY OF April ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN TO PENZA & OLENN AT 530 GREENWICH AVENUE WARWICK, R.I. 02886 ATTN. MICHAEL J. COLLUCCI.

I CERTIFY THAT ON 25 DAY OF April ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN TO CITY OF PROVIDENCE 275 WEST-MINSTER STREET PROVIDENCE R.I. 02903 SUITE 200, ATTN. KEVIN MCHUGH.

I CERTIFY THAT ON 25 DAY OF April, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN TO THE CLERK OF THE DISTRICT COURT AT ONE EXCHANGE TERRACE, FEDERAL BUILDING AND COURT HOUSE PROVIDENCE, R.I. 02903.

ATTACHMENTS:AFFIDAVIT.

PETER J. BIBBY PRO-SE