UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA. NO. 07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

AFFIDAVIT

28-USCS-1746

NOW COMES THE AFFIANT PETER J. BIBBY, PRO-SE, AND HEREBY STATES PURSUANT TO PENALTYS OF PERJURY AND UNDER OATH THE FOLLOWING:

THAT THE THAT THE PLAINTIFF HAS MADE SEVERAL ATTEMPTS TO PERFECT SERVICE, AND THAT A REQUEST FOR WAIVER OF SERVICE WAS MAILED TO ALL OF THE ADDRESSES KNOWN, AND THAT DUE TO DEFENDANT PETRUCCI LACK OF RESPONSE AN ENTRY OF DEFAULT WAS ENTERED AND NOW THE DEFENDANT THRU COUNSEL HAS REQUESTED A MOTION TO SET ASIDE SAID ENTRY OF DEFAULT, DEFENDANTS COUNSEL ALLEDGES THAT DEFENDANT PETRUCCI WAS NOT SERVED IN A MANNER PRESCRIBED IN ACCORDANCE WITH THE APPROPIATE RULES.

PLAINTIFF HAS REQUESTED INFORMATION FROM DEFENDANTS FORMER EMPLOYER, MY MAILING A REQUEST TO THE DEPARTMENT OF HUMAN RESOURCES TO THE ATTENTION OF SUSAN HARRINGTON THE SAME PERSON WHO TOOK IT OWN TO ACCEPT SERVICE FOR DEFENDANT PETRUCCI, U.S. MARSHALLS WERE REQUESTED TO CALL AND OBTAIN INFORMATION OF THE WHERE-A-BOUT BUT WERE UNABLE TO SERVE DEFENDANT IN HIS INDIVUAL CAPACITY.

PLAINTIFF HAS BEEN DILIGENT IN HIS ATTEMPTS TO OBTAIN SERVICE AND

REQUESTS THIS HONORABLE COURT FOR AN ORDER TO COMPEL THE CITY OF PROVIDENCE TO PROVIDE THE INFORMATION AS KNOWN SO THAT THE U.S. MARSHALLS MAY PERFECT SERVICE ON DEFENDANT PETRUCCI.

WHEREFORE FOR THE REASONS STATED IN THIS AFFIDAVIT PLAINTIFF REQUESTS AN ORDER DIRECTING THE CITY OF PROVIDENCE TO PROVIDE THE INFORMATION SO TO PERFECT SERVICE.

DATED ON: APRIL 25, 2008

RESPECTFULLY SUBMITTED BY

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B