MJC:jmr:lml 95385 \pleadings\95385EntryOfAppearance

UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS. | : | C.A. NO. 07-463 S |
| | : | |
| DAVID PETRUCCI | : | |
| CITY OF PROVIDENCE | : | |
| PROVIDENCE POLICE DEPARTMENT | : | |
| JANE AND JOHN DOE, ET AL | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of defendant, David Petrucci, in the above-captioned matter.

DEFENDANT, David Petrucci,
By his Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 11th day of July, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Kevin F. McHugh, Esq.
City Solicitor's Office
275 Westminster Street, Suite 200
Providence, RI 02903-1845

/s/ Michael J. Colucci, Esq.

**CERTIFICATION**

I certify that I sent a true copy of the within on to:

Peter J. Bibby, Pro Se
P.O. Box 8724
Medium #1 71058
Cranston, RI 02920