MJC:jmr:lml 95385 \pleadings\95385Answer

UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS. | : | C.A. NO. 07-463 S |
| | : | Defendant demands trial |
| DAVID PETRUCCI | : | by jury. |
| CITY OF PROVIDENCE | : | |
| PROVIDENCE POLICE DEPARTMENT | : | |
| JANE AND JOHN DOE, ET AL | : | |

**DEFENDANT, DAVID PETRUCCI'S, ANSWER**
**TO PLAINTIFF, PETER J. BIBBY'S COMPLAINT**

1. Defendant denies alleged violations of the provisions cited.

2. Neither admitted nor denied.

3. Unknown and denied.

4. No answer required by this defendant.

5. No answer required by this defendant.

6. No answer required by this defendant.

7. Unknown and denied.

8. Unknown and denied.

9. Unknown and denied.

10. Unknown and denied.

11. Denied.

12. Unknown and denied.

13. Unknown and denied.

14. Unknown and denied.

15. Unknown and denied.

16. Unknown and denied.

17. Denied.

18 - 26. Denied.

27. No answer required by this defendant.

28. No answer required by this defendant.

## AFFIRMATIVE DEFENSES

1. Plaintiff pleads qualified immunity.

2. Defendant pleads the statute of limitations.

WHEREFORE, defendant demands judgment against the plaintiff.

DEFENDANT, David Petrucci,
By his Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 11th day of July, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Kevin F. McHugh, Esq.
City Solicitor's Office
275 Westminster Street, Suite 200
Providence, RI 02903-1845

/s/ Michael J. Colucci, Esq.

**CERTIFICATION**

I certify that I sent a true copy of the within on
to:

Peter J. Bibby, Pro Se
P.O. Box 8724
Medium #1 71058
Cranston, RI 02920