UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA. NO. 07-463-S

vs. ;

DAVID PETRICCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :
AND
PROVIDENCE POLICE DEPT. ET.AL. :

=====================================================================

PLAINTIFF'S RESPONSE TO DEFENDANTS OBJECTION AND

* MOTION TO COMPEL DISCOVERY OF PRODUCTION OF DOCUMENTS

PLAINTIFF MOVES THIS COURT FOR AN ORDER PURSUANT TO RULE 37(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE COMPELLING DEFENDANTS CITY OF PROVIDENCE, WHO DID NOT COMPLY WITH THE PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, PLAINTIFF SUBMITS THE DEFENDANTS OBJECTION AS EXHIBIT A, WITH REASONS THE DOCUMENTS ARE NEEDED, GOOD CAUSE SHOWING. PLAINTIFF SUBMITTED A REQUEST ON JUNE 12, 2008, FOR THE PRODUCTION OF DOCUMENTS BY THE DEFENDANTS CITY OF PROVIDENCE. AS SUPPORT FOR THE MOTION TO COMPEL PLAINTIFF STATES THE FOLLOWING AND SUBMITS THE WITHIN MEMORANDUM:

#1 THAT PLAINTIFF HAS MADE A GOOD FAITH EFFORT TO AVOID COURT INTERVENTION, AND STATES THE FOLLOWING IN SUPPORT OF HIS REQUEST FOR THE PRODUCTION OF DOCUMENTS.

#2 AS-TO-RESPONCE TWO, CITY OF PROVIDENCE DOES NOT REPRESENT DAVID PETRUCCI AND THEREFORE CAN NOT OBJECT TO MY REQUEST FOR DAVID PETRUCCI CELL PHONE RECORDS, ADDITIONALLY THESE RECORDS WILL SHOW THE PERSONAL AND BUSINESS RELATIONSHIP THAT THE PLAINTIFF HAD WITH DAVID PETRUCCI, AND CONFIRM MY ALLEGATIONS IN MY COMPLAINT, CONFIRMING PETRUCCI INTENT AND MOTIVE.

#3 AS TO RESPONCE SEVEN, INTERNAL AFFAIRS RECORDS WILL SHOW THE COURT THAT THE ACTIONS BY THE SUPERVISORY PERSONNEL WAS INTENTIONAL

AND IN FURTHERANCE OF THE CONSPIRACY WITH PETRUCCI AND LINK THE CITY OF PROVIDENCE TO THIS ACTION, THERE ACTIONS WERE INTENTIONAL AND IN VIOLATION OF MY FIFTH AMENDMENT RIGHTS, TAKING OF PROPERTY WITHOUT DUE PROCESS OF THE LAW, AND IS ADMISSABLE UNDER THE FEDERAL RULES OF EVIDENCE, 405B, 406, 407, AND 608B. IT WILL ALSO SHOW THAT THE CITY OF PROVIDENCE HAD KNOWLEDGE OF THE PLAINTIFF'S CONTRACTUAL RELATIONSHIP AND LIED IN THERE RESPONCE IN THERE ANSWER, AND WILL CONFIRM MY ALLEGATIONS IN MY COMPLAINT AS TRUE.

#4 AS TO RESPONCE EIGHT, PRODUCTION OF INTERNAL EFFECTIVENESS EVALUATIONS RECORDS WILL SHOW THE CITY OF PROVIDENCE PROCEDURES REQUIRED A CERTAIN AMOUNT OF DISCIPLINE IN WHICH IS OVERLOOKED THRU FAVORITISM OF ITS OFFICERS, AND IS ADMISSABLE UNDER RULE 402 OF THE FEDERAL RULES OF EVIDENCE, BECAUSE OF CONSPIRACY BY CITY.

#5 AS TO RESPONCE NINE, PRODUCTION OF THESE RECORDS WILL SHOW ACTIONS OF ITS OFFICERS AND THE RESPONSE TIMES TO INVESTIGATE ISSUES, WHICH IS RELATED TO THE AMOUNT OF TIME I WAS INCARCERATED AS A RESULT OF THE CITY CONSPIRACY AND IS ADMISSABLE UNDER 405B, 406, 407, 608B AS WELL AS 404B, WHICH IS SUPPORTING PROOF OF MOTIVE AND DAMAGES.

PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS

IN THE APPROPIATE CASE, THE COURT HAS RULED THAT PLAINTIFF'S IN A CIVIL RIGHTS ACTION UNDER 42-USCS-1983 AND 1985 (3) SEEKING DAMAGES FROM CITY AND POLICE OFFICERS EMPLOYED BY THE CITY FOR ALLEDGED FALSE ARREST, USE OF EXCESSIVE FORCE, CONSPIRACY, AND PROSECUTION WITHOUT PROBABLE CAUSE, WERE ENTITLED TO DISCOVERY OF INTERNAL AFFAIRS DIVISION PROCEDURAL MANUEL, INTERNAL EFFECTIVENESS EVALUATIONS, AND CIVILIAN COMPLAINT REVIEW BOARD COMPLAINT FILES INASMUCH AS PLAINTIFF'S NEED FOR SUCH INFORMATION OUTWEIGHED VALUES OF SELF-CRITICAL ANALYSIS AND EXECUTIVE PRIVELEDGE AND DEFENDANT'S CLAIM THAT PRODUCTION WOULD BE UNDULY BURDENSOME. SKIBO VS. NEW YORK (1985, ED NY) 109 FRD 58,20 FED RULES EVID SERV 372, 4 FR SERV 3d 293.

HERE IN THE INSTANT CASE, CITY OF PROVIDENCE'S CONSPIRACY OF TAKING OF PROPERTY WITHOUT DUE PROCESS OF LAW WAS INTENTIONAL, IN AN EFFORT TO COVER UP THE DAMAGES OF ITS OFFICER'S, I BELIEVE THAT THIS WARRANTS THE RECORDS REQUESTED, SO TO SHOW THIS COURT THERE INTENTIONS AND THE RESULTING EFFECTS OF THERE ACTIONS OF THERE SUPERVISORY PERSONEL.

WHEREFORE, FOR THE REASONS STATED IN THIS RESPONSE AND MOTION TO COMPEL DISCOVERY ALONG WITH ITS SUPPORTING DOCUMENTS AND MEMORANDUM, THE PLAINTIFF REQUESTS AN ORDER TO COMPEL CITY OF PROV. TO PRODUCE THE DOCUMENTS REQUESTED.

DATED ON: JULY 17, 2008

PRESENTED BY:

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

CERTIFICATION

I CERTIFY THAT ON 17 DAY OF JULY ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE AND MOTION TO COMPEL DISCOVERY FOR THE PRODUCTION OF DOCUMENTS, TO KEVIN MCHUGH CITY OF PROVIDENCE AT 275 WESTMINSTER STREET PROVIDENCE R.I. 02903, SUITE 200.

I CERTIFY THAT ON 17 DAY OF JULY , 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE AND MOTION TO COMPEL DISCOVERY FOR THE PRODUCTION OF DOCUMENTS, TO MICHAEL J. COLUCCI AT OLENN & PENZA 530 GREENWICH AVENUE WARWICK, R.I. 02886.

I CERTIFY THAT ON 17 DAY OF JULY ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE AND MOTION TO COMPEL TOGETHER WITH ITS EXHIBITS AND MEMORANDUM TO THE CLERK OF THE UNITED STATES DISTRICT COURT AT ONE EXCHANGE TERRACE, PROVIDENCE, RHODE ISLAND 02903, FEDERAL BUILDING AND COURT HOUSE.

PETER J. BIBBY PRO-SE