# EXHIBIT A

7/12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and<br>CITY OF PROVIDENCE, ET AL<br>and DAVID PETRUCCI OFFICER and<br>PROVIDENCE POLICE DEPARTMENT,<br>ET AL AND JANE AND JOHN DOE, ET AL | : | |

**DEFENDANTS, CITY OF PROVIDENCE AND PROVIDENCE POLICE DEPARTMENT'S OBJECTION TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Request No. 2. A copy of records, telephone cell phone of David Petrucci for the period of May, June, July and August, 2004.

Response: Objection; privileged under R.I.G.L. § 38-2-2.

Request No. 7: A copy of Internal Affairs Division procedural manuel [sic].

Response: Objection; irrelevant; not reasonably calculated to lead to admissible evidence.

Request No. 8: A copy of Internal Effectiveness Evaluations.

Response: Objection; irrelevant; not reasonably calculated to lead to admissible evidence; confidential personnel records under R.I.G.L. § 38-2-2; vague.

Request No 9: A copy of the Civilian Complaint Review Board files.

Response: Objection; privileged under R.I.G.L. § 38-2-2; irrelevant; not reasonably calculated to lead to admissible evidence.

Defendant,
City of Providence
By its Attorneys:

Joseph M. Fernandez, City Solicitor

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)

Certificate of Service

I hereby certify that on this 11th day of July, 2008, I mailed a true copy of the within Objection to the following parties by regular mail, postage prepaid.

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920
Medium #1 71058 FR1B

Carolyn M. Ranucci