UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA. NO. 07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
PROVIDENCE POLICE DEPT. ET. AL. :
AND
JANE AND JOHN DOE ET.AL. :

---

PLAINTIFF'S MOTION TO COMPEL DISCOVERY OF INTERROGATORIES

PLAINTIFF MOVES THIS HONORABLE COURT FOR AN ORDER UNDER 37(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE, COMPELLING THE CITY OF PROVIDENCE WHO FAILED TO RESPOND OR ANSWER INTERROGATORIES, COPY OF WHICH IS ATTACHED AS EXHIBIT A. PLAINTIFF SUBMITTED THESE INTERROGATORIES PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURES ON JUNE 12, 2008, BUT HAS NOT RECEIVED THE ANSWERS. PLAINTIFF HAS MADE A GOOD FAITH EFFORT TO AVOID COURT ACTION.

DATED ON: JULY 18, 2008

PRESENTED BY:

ATTACHMENTS ARE:
EXHIBIT A.

Peter J. Bibby Pro-Se

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

CERTIFICATION

I CERTIFY THAT ON 18 DAY OF JULY, 2008, I MAILED A TRUE COPY OF THE WITHIN MOTION TO COMPEL DISCOVERY TO KEVIN MCHUGH ATTORNEY FOR THE CITY OF PROVIDENCE, AT 275 WESTMINSTER STREET PROVIDENCE, RHODE ISLAND, 02903, SUITE 200.

I CERTIFY THAT ON 18 DAY OF JULY, 2008, I MAILED A TRUE COPY OF THE WITHIN MOTION TO COMPEL DISCOVERY TO MICHAEL J. COLUCCI AT OLENN & PENZA 530 GREENWICH AVENUE WARWICK, R.I. 02886.

I CERTIFY THAT ON 18 DAY OF JULY, 2008, I MAILED A TRUE COPY OF THE WITHIN MOTION TO COMPEL DISCOVERY OF INTERROGATORIES TO THE CLERK OF THE UNITED STATES DISTRICT COURT AT ONE EXCHANGE TERRACE, FEDERAL BUILDING AND COURT HOUSE, PROVIDENCE, R.I. 02903

PETER J. BIBBY PRO-SE