# EXHIBIT A

UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY : CA. NO. 07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
PROVIDENCE POLICE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :

PLAINTIFFS FIRST SET OF INTERROGATORIES

IN ACCORDANCE WITH RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS THAT THE DEFENDANTS DAVID PETRUCCI, AND THE CITY OF PROVIDENCE ET.AL. ANSWER THE FOLLOWING INTERROGATORIES UNDER OATH, AND THAT THE ANSWERS BE SIGNED BY THE PERSON MAKING THEM AND BE SERVED ON PLAINTIFF WITHIN (30) THIRTY DAYS OF SERVICE OF THESE INTERROGATORIES.

IF YOU CANNOT ANSWER THE FOLLOWING INTERROGATORIES IN FULL, AFTER EXCERCISING DUE DILIGENCE TO SECURE THE INFORMATION TO DO SO, SO STATE AND ANSWER TO THE THE EXTENT POSSIBLE, SPECIFING YOUR INABILITY TO ANSWER THE REMAINDER AND STATING WHATEVER INFORMATION OR KNOWLEDGE YOU HAVE CONCERNING THE UNANSWERED PORTIONS.

THESE INTERROGATORIES SHALL BE DEEMED CONTINUING, SO AS TO REQUIRE SUPPLEMENTAL ANSWERS AS NEW AND DIFFERENT INFORMATION MATERIALIZES.

ATTACHED TO THIS SET OF INTERROGATORIES IS THREE PAGES OF ADDITIONAL LINES SO THAT IF YOU SHOULD NEED ADDITIONAL SPACE TO ANSWER ANY QUESTION YOU MAY INCORPORATE THE REMAINDER OF YOUR ANSWER ON

PETER J. BIBBY VS. DAVID PETRUCCI AND CITY OF PROVIDENCE ET.AL.
CA. NO. 07-463-S.

THESE PAGES BY NUMBERING EACH AND EVERY ANSWER WITH THE SAME NUMBER AS THE QUESTION.

PRESENTED BY:

DATED ON: JUNE 12,2008

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

THE ATTACHED INTERROGATORIES NUMBERED 1 THRU 13 ON PAGES 2 THRU 7 , WERE ANSWERED BY ________ ON ________ DAY OF ________ ,2008. AND WAS ANSWERED UNDER OATH, BY THE UNDERSIGNED.

________________
SIGNED BY:

CERTIFICATION

I CERTIFY THAT ON 12 DAY OF JUNE ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN REQUEST FOR WRITTEN INTERROGATORIES TO KEVIN MCHUGH ATTORNEY FOR THE CITY OF PROVIDENCE, AT 275 WESTMINSTER STREET PROVIDENCE, R.I. 02903, SUITE 200.

I CERTIFY THAT ON 12 DAY OF JUNE ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN REQUEST FOR WRITTEN INTERROGATORIES TO OLENN & PENZA AT 530 GREENWICH AVENUE WARWICK, R.I. 02886, ATTN. MICHAEL COLUCCI.

I CERTIFY THAT ON 12 DAY OF JUNE , 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN REQUEST FOR WRITTEN INTERROGATORIES TO THE CLERK OF THE COURT AT ONE EXCHANGE TERRACE, FEDERAL BUILDING AND COURT HOUSE PROVIDENCE, R.I. 02903.

PETER J. BIBBY PRO-SE

PETER J. BIBBY VS. DAVID PETRUCCI CA.NO.07-463-S

#1
NAMES AND ADDRESSES OF ANY INDIVUALS THAT YOU INTEND ON CALLING AT TRIAL.

#2 THE QUESTIONS THAT YOU MAY ASK THESE WITNESSES.

#3 WHAT WAS THE REASON THAT DAVID PETRUCCI WAS TERMINATED FROM EMPLOYMENT BY THE PROVIDENCE POLICE DEPARTMENT.

#4 WHAT WERE ANY OTHER COMPLAINTS ABOUT AGAINST DAVID PETRUCCI.

#5 WHAT WERE THE STATEMENTS MADE BY DAVID PETRUCCI ABOUT PLAINT-IFF PETER J. BIBBY.

#6 WHAT WERE THE STATEMENTS BY ANY OTHER WITNESS ABOUT PETER BIBBY THE PLAINTIFF.

#7 WHAT WERE THE STATEMENTS MADE BY JASMINE ORTIZ ABOUT THE PLAINTIFF.

PETER J. BIBBY VS. DAVID PETRUCCI CA. NO. 07-463-S

#8 WHAT WERE THE QUESTIONS ASKED BY DIANA VILLEGAS ON A TAPED RECORDED LINE, TO DEFENDANT PETRUCCI.

#9 WHAT WAS DAVID PETRUCCI RESPONSE TO THESE QUESTIONS ASKED BY DIANA VILLEGAS ON THE TAPED RECORDED LINE.

#10 WHAT QUESTIONS WERE ASKED OF DAVID PETRUCCI BY INVESTIGATOR COLIN AND THE OTHER INVESTIGATORS IN THE PROVIDENCE POLICE DEPARTMENT, RELEVANT TO PETER BIBBY PLAINTIFF.

#11 WHAT WERE THE STATEMENTS MADE BY ANY OTHER WITNESS ABOUT DEFENDANT DAVID PETRUCCI.

#12 WHAT DID DAVID PETRUCCI SAY ABOUT HIS BAD CHECK THAT HE GAVE TO THE PLAINTIFF.

#13 WHAT IS ADDRESS OF FORMER OFFICER DAVID PETRUCCI.