UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PETER J. BIBBY | : CA. NO. 07-463-S |
| VS. | : |
| DAVID PETRUCCI AND | : |
| PROVIDENCE POLICE DEPT. ET.AL. AND | : |
| CITY OF PROVIDENCE ET.AL. AND | : |
| JANE AND JOHN DOE ET.AL. | : |

PLAINTIFF'S RESPONSE WITH OBJECTION TO DEFENDANT PETRUCCI'S ANSWER

NOW COMES THE PLAINTIFF, PETER J. BIBBY, PRO-SE, WHO STATES THE FOLLOWING OBJECTION'S IN RESPONSE TO DEFENDANTS PETRUCCI'S ANSWER, AND COUNTER-CLAIM FOR JUDGEMENT FOR DEFENDANT.

#1 THAT THE PROVIDENCE POLICE CONDUCTED AN INVESTIGATION THRU THERE INTERNAL AFFAIRS DIVISION, AS A RESULT OF THIS INVESTIGATION DEFENDANT DAVID PETRUCCI WAS TERMINATED, (CHARGES DISMISSED).

#2 THAT DAVID PETRUCCI HAD A PRIOR RELATIONSHIP WITH THE PLAINTIFF AND THRU THIS CONTRACTOR RELATIONSHIP PETRUCCI USED HIS JOB BECAUSE PETRUCCI COULD NOT PAY FOR A CHECK THAT WAS GIVEN TO PLAINTIFF FOR SERVICES THAT WAS RENDERED ON CERTAIN JOB SIGHTS.

#3 THAT AS A RESULT OF THE FOREGOING DEFENDANT PETRUCCI HAS NO DEFENSE THAT QUALIFYS FOR A JUDGEMENT FOR DEFENDANT.

#4 THAT PLAINTIFF OBJECTS TO DEFENDANT PETRUCCI ANSWER ON NUMBERS 3,7,8,9,10,12 THRU 16, AS BASIS FOR THE OBJECTION DEFENDANT PETRUCCI ALLEDGES THAT IS "UNKNOWN AND DENIED", HOW CAN YOU DENY THE MATTER OF A SUBJECT THAT IS UNKNOWN.

#5 DEFENDANTS FURTHER ALLEDGES TWO AFFIRMATIVE DEFENSES, THOSE BEING THAT HE HAS "QUALIFIED IMMUNITY". PLAINTIFF OBJECTS TO DEFENDANTS ALLEGATION THAT HE WAS IMMUNE WHEN HE WAS A CONTRACTOR WHO COULD NOT PAY FOR HIS CHECK. PLAINTIFF BELIEVES THAT BECAUSE OF THIS SPECIAL RELATIONSHIP THAT ANY IMMUNITY HE MAY HAVE HAD WOULD HAVE BEEN WAIVED. SEE EXHIBIT A.

#6 DEFENDANT FURTHER PLEADS THE STATUE OF LIMITATIONS AS DEFENSE, PLAINTIFF WOULD LIKE THE DEFENDANT TO KNOW THAT HE MADE AN ATTEMPT IN SUPERIOR COURT IN JULY 2007, PRIOR TO THE ACCRUAL OF THE ARREST OF JULY 19, 2004, COPIES OF WHICH ARE ATTACHED HERETO, ADDITIONALLY I HAVE ATTACHED A COPY OF THE SUPERIOR COURT FACE SHEET, UNFORTUNATELY SUPERIOR COURT NEVER RESPONDED AND I MAILED MY REQUEST CERTIFIED MAIL RRR. I THEN FILED IN FEDERAL COURT, EVEN IF THE DEFENDANT ASSUMES THAT THE STATUE ACCRUED ON DAY OF THE ARREST AND IT DOES NOT, I FILED WITHIN THREE YEARS REQUIRED IN 9-1-14. R.I.G.L. SEE EXHIBIT B.

WHEREFORE, FOR THE REASONS STATED HEREIN THIS RESPONSE/OBJECTION PLAINTIFF, PETER J. BIBBY STATES THAT THE DEFENDANT PETRUCCI HAS NO DEFENSE THAT ENTITLES HIM TO A JUDGEMENT.

DATED ON JULY 23, 2008

PRESENTED BY:

ATTACHMENTS ARE:
EXHIBIT A & B

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

CERTIFICATION

I CERTIFY THAT ON 23 DAY OF JULY, 2008, I MAILED A TRUE COPY OF THE WITHIN OBJECTION'S TO THE DEFENDANT PETRUCCI BY MAILING TO HIS ATTORNEY OF RECORD, OLENN & PENZA ATTN. MICHAEL J. COLUCCI, AT 530 GREENWICH AVENUE WARWICK, R.I. 02886.

I CERTIFY THAT ON 23 DAY OF JULY, 2008, I MAILED A TRUE COPY OF THE WITHIN OBJECTION'S TO THE CLERK OF THE UNITED STATES DISTRICT COURT AT ONE EXCHANGE TERRACE FEDERAL BUILDING AND COURT HOUSE, PROVIDENCE, R.I. 02903.

I CERTITY THAT ON 23 DAY OF JULY, 2008, I MAILED A TRUA COPY OF THE WITHIN OBJECTION'S TO KEVIN MCHUGH ATTORNEY FOR CITY OF PROVIDENCE AT 275 WESTMINSTER STREET PROV, R.I. 02903, SUITE 200.