# EXHIBIT A


PETRUCCI BUILDERS 03/04
144 HARRIS ROAD
SMITHFIELD, RI 02917

234

DATE 7-20-04

57-12/115
118

PAY TO THE ORDER OF Peter Bibby $ 500.00

Five hundred & 00/100 DOLLARS

CITIZENS BANK
Rhode Island

FOR Beach Ave

000234 011500120 1540 963 5 0000050000



Posting Date 2004 Jul 21

CPCS Seq No 1300325930

Account No

Check No 234

Amount $500.00