# EXHIBIT B

6th DISTRICT | 04-91714

DEFENDANT (NAME AND ALIAS)

Peter Bibby

Providence RI

STATE PHONE

DEF. BCI NO. 0095548 | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO.

OFFENSE DATE 7/19/04 ☐ DIVERS DATE

OFFICER/COMPLAINANT Lanni

POLICE DEPT./COMPLAINANT ADDRESS

PROVIDENCE POLICE DEPARTMENT 325 WASHINGTON ST.

STATE OF RHODE ISLAND
DISTRICT COURT
CRIMINAL COMPLAINT

DETERMINE ATTY DATE | PRE TRIAL DATE
PRE-ARRAIGN CONF DATE | TRIAL DATE
SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT | DATE 7/20/04 | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE X | DATE 7/20/04

## INITIAL APPEARANCE

APPEARANCE DATE | BAIL FOR ALL COUNTS $ | ARRAIGNMENT DATE | JUSTICE OF THE PEACE

## ARRAIGNMENT

ARRAIGNMENT DATE | ADVISED OF RIGHTS ☐ YES ☐ NO | JURY TRIAL WAIVED ☐ YES ☐ NO | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3

BAIL FOR ALL COUNTS | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE X

COUNT 1 | STATUTE(S) VIOLATED 21-28-4.01(C)(1)(A)XX | ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

Peter Bibby, ALIAS JOHN OR JANE DOE, DID UNLAWFULLY WITH INTENT AND KNOWLEDGE POSSESS A CONTROLLED SUBSTANCE, TO WIT: COCAINE AS SET FORTH IN SCHEDULE 2 OF 21-28-2.08 OF THE GENERAL LAWS OF THE STATE OF RHODE ISLAND AS AMENDED, IN VIOLATION OF 21-28-4.01 (C)(1)(A) ON TO WIT: 7/19/04

DISPOSITION

DISMISSAL ☐ NOT GUILTY FINDING
GUILTY PLEA ☐ CASE FILED 1 YEAR
NOLO PLEA ☐ INFO/TRUE BILL
GUILTY FINDING ☐ NO INFO/NO TRUE BILL
☐ OTHER

SENTENCE IMPOSED

PROCEEDING
ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

COUNT 2 | STATUTE(S) VIOLATED | ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

DISPOSITION

DISMISSAL ☐ NOT GUILTY FINDING
GUILTY PLEA ☐ CASE FILED 1 YEAR
NOLO PLEA ☐ INFO/TRUE BILL
GUILTY FINDING ☐ NO INFO/NO TRUE BILL
☐ OTHER

SENTENCE IMPOSED

PROCEEDING
ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

COUNT 3 | STATUTE(S) VIOLATED | ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

B7 (6)

State Of Rhode Island and Providence Plantations

Providence, S.C. Superior Court

Peter J. Bibby Case #________________

VS.

Robert D. Watt Attorney And Supervisory Attorneys Et. AL.
Jane and John Doe Insurance Company Et, AL.
City Of Providence, ET. AL. Jury Trial Requested
David Petrucci ET. AL.
Providence Police ET,AL Civil Action

COMPLAINT

This is a civil ACTION FOR DAMAGES against the Defendants as listed above they are listed as Robert D. Watt Esquire his supervisory lawyer, City Of Providence Providence Police Dept. David Petrucci Jane and John Doe Insurance Carriers and I alledge the following: False Imprissoment and Legal Malpractice by the above defendants

Parties in this action

#1 Plaintiff Peter J. Bibby is a resident of City of Cranston, P.O. Box 8274, Cranston, R.I. 02920.

#2 Robert D. Watt is a defendant and is an attorney in the city of Providence, R.I. located at 84 Ship Street.

#3 City Of Providence is a defendant and there address is city Hall Providence, R.I. David Petrucci officer for Prov. Police

#4 John and Jane Doe are unknown at this moment but do exist. as supervisory attorneys ET, AL. and insurance carriers. ET, AL.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Court
250 Benefit St
Providence RI
02903
(Civil Clerk)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*)

C. Date of Delivery 7-30-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 0750 0002 5736 7188

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Court
(Clerks Civil)
250 Benefit Street
Prov. RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*)

C. Date of Delivery 7-13-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 0750 0002 5736 7164

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

FIRST CLASS

UNITED STATES POSTAGE
02 1M $ 00.5[illegible]0
0004223[illegible] JUL 27 20[illegible]
MAILED FROM ZIP CODE 0291[illegible]

FR-1[illegible]

Peter Bibby
P.O. BOX 8274
Cranston RI 02920

02920+0274 B003