**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| and DAVID PETRUCCI OFFICER and | : | |
| PROVIDENCE POLICE DEPARTMENT, | : | |
| ET AL AND JANE AND JOHN DOE, ET AL | : | |

**DEFENDANTS, CITY OF PROVIDENCE AND PROVIDENCE POLICE DEPARTMENT'S, OBJECTION TO PLAINTIFF'S MOTION TO COMPEL**

Now come the Defendants, City of Providence and Providence Police Department, and hereby object to Plaintiff's Motion to Compel Production of Documents.

In support thereof, Defendants rely on the accompanying Memorandum.

Defendants,

City of Providence and Providence
Police Department

By their Attorney:

Joseph M. Fernandez
City Solicitor

/s/ Kevin F. McHugh___________________

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
k_mc1950@hotmail.com

Certificate of Service

I hereby certify that on this 5th day of August, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following pro se Plaintiff by regular mail, postage prepaid.

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920

/s/ Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| and DAVID PETRUCCI OFFICER and | : | |
| PROVIDENCE POLICE DEPARTMENT, | : | |
| ET AL AND JANE AND JOHN DOE, ET AL | : | |

**DEFENDANTS, CITY OF PROVIDENCE AND PROVIDENCE POLICE DEPARTMENT'S, MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff is moving to compel internal affairs records concerning his complaint against Defendant Petrucci. He cites D.A.R.E. v. Gannon, 713 A.2d 218 (R.I. 1998) for the proposition that those records are public.

The D.A.R.E. case, supra, allows limited disclosure of those records. Specifically, the Court held that records of final action of civilian complaints must be disclosed in redacted form. The Court further held that all reports made by a Providence Police Department hearing officer that contain the final disposition of the Chief of Police must be disclosed. Id at 224.

In this case, because Defendant Petrucci was a probationary officer, there was no hearing. There is a letter dismissing him from the Department. The Defendant has attached a copy of that letter hereto as Exhibit "A" and previously produced it in response to a request for production. There are no other reports contained in the final disposition of this matter.

WHEREFORE, Defendants request that Plaintiff's Motion to Compel be denied.

Defendants,

City of Providence and Providence
Police Department

By their Attorney:

Joseph M. Fernandez
City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
k_mc1950@hotmail.com

Certificate of Service

I hereby certify that on this 5th day of August, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following pro se Plaintiff by regular mail, postage prepaid.

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920

/s/ Kevin F. McHugh