UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA.NO. 07-463-S

VS. :

DAVID PETRUCCI, INDIVUALLY AND :
CITY OF PROVIDENCE, ET.AL.
AND OFFICER DAVID PETRUCCI AND :
PROVIDENCE POLICE DEPTARTMENT,
ET.AL. AND JANE AND JOHN DOE, :
ET.AL.

---

PLAINTIFFS RESPONSE TO DEFENDANT CITY OF PROVIDENCE OBJECTION

TO PLAINTIFF MOTION TO COMPEL

NOW COMES THE PLAINTIFF, PETER J. BIBBY, WHO STATES THE FOLLOWING IN SUPPORT OF HIS MOTION TO COMPEL; THAT DEFENDANT CITY OF PROVIDENCE OBJECTION IS UNTIMELY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE AND THEREFORE THE DEFENDANT HAS WAIVED HIS RIGHT TO OBJECT, BASED UPON HIS LACK OF DILIGENCE, ADDITIONALLY HAS FAILED TO REQUEST AN EXTENSION OF TIME PURSUANT TO RULE 6(b)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE (EXTENSION OF TIME). ADDITIONALLY HAS FAILED TO PROVIDE ITEM # 6 IN THE FORM REQUESTED IN THE PLAINTIFFS 1ST REQUEST FOR PRODUCTION OF DOCUMENTS, (HAND WRITTEN COPYS OF TAPED CONVERSATION), SEE EXHIBIT

WHEREFORE FOR THE REASONS STATED HEREIN THIS RESPONSE, PLAINTIFF MOVES THIS HONORABLE COURT FOR A MOTION TO COMPEL.

DATED ON: AUGUST 08,2008
PRESENTED BY:

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

ATTACHMENTS ARE:
COPY OF PLAINTIFFS
PRODUCTION OF DOCUMENTS

# CERTIFICATION

I CERTIFY THAT ON 8 DAY OF AUGUST ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO KEVIN MCHUGH AT 275 WESTMINSTER STREET, PROVIDENCE, R.I. 02903, SUITE 200.

I CERTIFY THAT ON 8 DAY OF AUGUST , 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO MICHAEL J. COLUCCI AT OLENN & PENZA AT 530 GREENWICH AVENUE WARWICK, R.I. 02886.

I CERTIFY THAT ON 8 DAY OF AUGUST , 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN RESPONSE TO THE CLERK OF THE DISTRICT COURT AT ONE EXCHANGE TERRACE PROVIDENCE, R.I. 02903

PETER J. BIBBY PRO-SE