UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA.NO. 07-463-S

VS. :

DAVID PETRUCCI, INDIVUALLY AND :
CITY OF PROVIDENCE, ET.AL.
AND OFFICER DAVID PETRUCCI AND :
PROVIDENCE POLICE DEPARTMENT,
ET.AL. AND JANE AND JOHN DOE, :
ET.AL.

==============================================================

PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS

TO INTERROGATORIES

NOW COMES THE PLAINTIFF, PETER J. BIBBY, PRO-SE WHO MOVES THIS COURT FOR AN ORDER UNDER RULE 37 (a)(2) COMPELLING DEFENDANT CITY OF PROVIDENCE FOR MORE RESPONSIVE ANSWERS TO THE FOLLOWING;

#1
THE QUESTIONS ASKED IN PLAINTIFF'S 1ST SET OF INTERROGATORIES, NUMBERED 10, AND 11, AND 12, SEE EXHIBIT A ATTACHED.

#2
WHAT WAS THE WITHIN OBJECTION LISTED IN YOUR CERTIFICATE OF SERVICE ON PAGE 4 OF YOUR ANSWER TO THE PLAINTIFF'S 1ST SET OF INTERROGATORIES, SEE EXHIBIT B ATTACHED. THE PLAINTIFF HAS ATTEMPTED IN GOOD FAITH TO CONFER WITH THE DEFENDANT TO AVOID COURT ACTION.

DATED ON: AUGUST 7, 2008

PRESENTED BY:

ATTACHMENTS ARE: EXHIBIT A & B

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

CERTIFICATION

I CERTIFY THAT ON 7 DAY OF AUGUST, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO KEVIN MCHUGH AT CITY OF PROVIDENCE 275 WESTMINSTER STREET PROVIDENCE, R.I. 02903. SUITE 200.

I CERTIFY THAT ON 7 DAY OF AUGUST, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO MICHAEL J. COLUCCI AT OLENN & PENZA AT 530 GREENWICH AVENUE WARWICK, R.I. 02886.

I CERTIFY THAT ON 7 DAY OF AUGUST, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO THE CLERK OF THE DISTRICT COURT AT ONE EXCHANGE TERRACE FEDERAL BUILDING AND COURT HOUSE PROVIDENCE R.I. 02903.

PETER J. BIBBY PRO-SE