# EXHIBIT A

Interrogatory No. 10. What questions were asked of David Petrucci by investigator Colin and the other investigators in the Providence Police Department, relevant to Peter Bibby Plaintiff.

Answer. See witness statements of David Petrucci and Robert Hamlin dated July 19, 2004; also seizure report for 150 Ocean Street dated July 19, 2004

Interrogatory No.11. What were the statements made by any other witness about Defendant David Petrucci.

Answer. Unknown at this time.

Interrogatory No. 12. What did David Petrucci say about his bad check that he gave to the Plaintiff.

Answer. See witness statements of David Petrucci and Robert Hamlin dated July 19, 2004; also seizure report for 150 Ocean Street dated July 19, 2004.

Interrogatory No. 13. What is address of former officer David Petrucci.

Answer. Unknown to this defendant

STEPHEN T. NAPOLITANO

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to before me in Providence on this 28th day of July, 2008.

Cynthia A. Bombardier
Notary Public