# EXHIBIT B

Certificate of Service

I hereby certify that on this 30th day of July, 2008, I mailed a true copy of the within Objection to the following parties by regular mail, postage prepaid.

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920
Medium #1 71058 FR1B