UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA.NO.07-463-S

VS. :

DAVID PETRUCCI, INDIVUALLY AND :
CITY OF PROVIDENCE, ET.AL.
AND OFFICER DAVID PETRUCCI AND :
PROVIDENCE POLICE DEPARTMENT,
ET.AL. AND JANE AND JOHN DOE :
ET.AL.

=================================================================

PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

NOW COMES THE PLAINTIFF, PETER J. BIBBY, PRO-SE WHO MOVES THIS COURT FOR AN ORDER UNDER RULE 37(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE, COMPELLING THE DEFENDANT CITY OF PROVIDENCE FOR THE PRODUCTION OF DOCUMENTS. IN SUPPOT OF THE PLAINTIFF'S MOTION TO COMPEL THE PLAINTIFF STATES THE FOLLOWING;

#1 THAT THE DEFENDANTS OBJECTION IS UNTIMELY, PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AS TO PLAINTIFF'S 1ST REQUEST FOR PRODUCTION OF DOCUMENTS, REQUEST # 10 SEE EXHIBIT A DEFENDANT RESPONSE.

#2 THAT THE DEFENDANT CITY OF PROVIDENCE PREVIOUSLY OBJECTED TO PLAINTIFFS REQUEST NUMBERS 2,7,8,AND 9, AND NOW IN HIS RESPONSE HAS ADDED ANOTHER OBJECTION OUT OF TIME RESPONSE #10.

#3 THAT THE DEFENDANTS FAILED TO REQUEST AN EXTENSION OF TIME AS REQUIRED UNDER RULE 6(b)(2), AND THEREFORE HAS WAIVED HIS RIGHT TO OBJECT NOW.

#4 THAT THE PLAINTIFF HAS MADE A GOOD FAITH ATTEMPT TO CONFER WITH THE DEFENDANT WITHOUT COURT INTERVENTION.

WHEREFORE, FOR THE REASONS STATED HEREIN, THE PLAINTIFF REQUESTS AN ORDER TO COMPEL THE DEFENDANTS TO PROVIDE THE PLAINTIFFS PREVIOUSLY REQUESTED DOCUMENTS.

DATED ON: AUGUST 7, 2008

PRESENTED BY:

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920

## CERTIFICATION

I CERTIFY THAT ON 7 DAY OF AUGUST, 2008, I MAILED A TRUE COPY OF THE WITHIN MOTION TO COMPEL TO THE CITY OF PROV. ATTN. KEVIN MCHUGH AT 275 WESTMINSTER STREET, PROVIDENCE, R.I. 02903. SUITE 200.

I CERTIFY THAT ON 7 DAY OF AUGUST, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN MOTION TO COMPEL TO MICHAEL J. COLUCCI AT OLENN & PENZA AT 530 GREENWICH AVENUE WARWICK R.I. 02886.

ICERTIFY THAT ON 7 DAY OF AUGUST, 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN MOTION TO COMPEL TO THE CLERK OF THE DISTRICT COURT AT ONE EXCHANGE TERRACE, FEDERAL BUILDING AND COURT HOUSE PROVIDENCE, R.I. 02903.

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B