# EXHIBIT A

UNITED STATES DISTRICT COURT OF PROVIDENCE RHODE ISLAND

PETER J. BIBBY :CA. NO.-07-463-S

VS. :

DAVID PETRUCCI :
AND
CITY OF PROVIDENCE ET.AL. :
AND
JANE AND JOHN DOE ET.AL. :
AND
PROVIDENCE POLICE DEPT. ET.AL. :

PLAINTIFFS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

IN ACCORDANCE WITH RULE 34, OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF PETER J. BIBBY REQUESTS THAT DAVID PETRUCCI AND CITY OF PROVIDENCE ET.AL. PRODUCE FOR INSPECTION A TRUE AND ACCURATE COPY OF THE FOLLOWING DOCUMENTS, AND PROVIDE TO PLAINTIFF PETER J. BIBBY BY DELIVERING OR BY MAILING TO THE ADDRESS LISTED HEREIN THIS REQUEST TO THE ACI MEDIUM #1 FACILITY.

#1 A COPY OF ALL NOTES, DETAILS, TRANSCRIPTS, OR REPORTS TAKEN RELEVANT TO THE INCARCERATION AND ARREST OF THE PLAINTIFF ON JULY 19, 2004 AND ANY FOLLOW UP INVESTIGATIVE REPORT.

#2 A COPY OF RECORDS TELEPHONE CELL PHONE OF DAVID PETRUCCI FOR THE PERIOD OF MAY, JUNE, JULY, AND AUGUST 2004.

#3 A COPY OF THE BANK STATEMENT OF DAVID PETRUCCI FOR THE MONTH JUNE AND JULY 2004.

#4 A COPY OF THE (48A) DISMISSAL BY THE PROVIDENCE POLICE AND A/G OFFICE FOR CASE # 620413773 ARREST ON JULY 19, 2004.

#5 A COPY OF ANY CONTRACTS AND PAYMENTS MADE TO PETER J. BIBBY BY DAVID PETRUCCI FOR WORK DONE AT 555 BRANCH AVENUE AND DAVID PETRUCCI HOUSE IN PROVIDENCE.

#6 A HAND WRITTEN COPY OF ANY TAPED RECORDED CONVERSATION TAKEN BY PROVIDENCE POLICE DEPARTMENT IN ANY INVESTIGATION OF DAVID PETRUCCI AND OR PETER J. BIBBY.

PETER J. BIBBY VS. DAVID PETRUCCI CA. NO. 07-463-S

#7 A COPY OF INTERNAL AFFAIRS DIVISION PROCEDURAL MANUEL.

#8 A COPY OF INTERNAL EFFECTIVNESS EVALUATIONS.

#9 A COPY OF THE CIVILIAN COMPLAINT REVIEW BOARD FILES.

#10 A COPY OF ALL NOTES, DETAILS, AND TRANSCRIPTS (ELECTRONIC) FILINGS, (RELEVANT TO TERMINATION OF DAVID PETRUCCI).

DATED ON: JUNE 12 ,2008.

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

CERTIFICATION

I CERTIFY THAT ON 12 DAY OF JUNE , 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN REQUEST FOR PRODUCTION OF DOCUMENTS TO KEVIN MCHUGH AT 275 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02903, SUITE 200.

I CERTIFY THAT ON 12 DAY OF JUNE ,2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN REQUEST FOR PRODUCTION OF DOCUMENTS TO OLENN & PENZA AT 530 GREENWICH AVENUE WARWICK, R.I. 02886, ATTN. MICHAEL COLUCCI.

I CERTIFY THAT ON 12 DAY OF JUNE , 2008, I MAILED A TRUE AND ACCURATE COPY OF THE WITHIN REQUEST FOR PRODUCTION OF DOCUMENTS TO CLERK OF THE UNITED STATES DISTRICT COURT AT ONE EXCHANGE TERRACE FEDERAL BUILDING AND COURT HOUSE, PROVIDENCE, R.I. 02903.

PETER J. BIBBY PRO-SE

Request No. 10. A copy of all notes, details and transcripts (electronic) filings, (relevant to termination of David Petrucci)

Response. Objection; irrelevant; not reasonably calculated to lead to admissible evidence.

Defendant,
City of Providence
By its Attorneys:

Joseph M. Fernandez, City Solicitor

Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)

Certificate of Service

I hereby certify that on this ~~29th~~ 30th day of July, 2008, I mailed a true copy of the within Response to Plaintiffs' First Request for Production of Documents to the following parties by regular mail, postage prepaid.

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920
Medium #1 71058 FR1B