UNITED STATES DISTRICT COURT FOR DISTRICT OF RHODE ISLAND

PETER J. BIBBY : CA.NO. 07-463-S

VS. :

DAVID PETRUCCI INDIVUALLY,
CITY OF PROVIDENCE ET.AL; :
PROVIDENCE POLICE DEPARTMENT
ET.AL. JANE AND JOHN DOE ET.AL. :

=====================================================================

## AFFIDAVIT
## 28-USCS-1746

NOW COMES THE AFFIANT PETER J. BIBBY, PRO-SE WHO STATES UNDER OATH THAT THE FOLLOWING STATEMENTS ARE TRUE AND CORRECT PURSUANT TO THE PAINS OF PERJURY, AS TO THE INFORMATION THAT WAS LEARNED UPON INFORMATION AND BELIEF I BELIEVE IT TO BE TRUE BECAUSE IT CAME TO ME FROM RELIABLE SOURCES. IN SUPPORT OF THIS AFFIDAVIT THE PLAINTIFF STATES THE FOLLOWING IN HIS ATTACHED MEMORANDUM, AND SUBMITS THE WITHIN EXHIBITS.

DATED ON: AUGUST 13, 2008

PRESENTED BY:

PETER J. BIBBY PRO-SE
P.O. BOX 8274
CRANSTON, R.I. 02920
MEDIUM #1 71058 FR1B

**ATTACHMENTS ARE:**
**EXHIBIT A,B,C.**
**PLAINTIFS MEMORANDUM.**