# EXHIBIT A

el Dean M. Esserman
Chief of Police

David N. Cicilline
Mayor

# Providence Police Department

*"Building Pride in Providence"*

October 13, 2004

Officer David Petrucci
Providence Police Department
325 Washington Street
Providence, RI 02903

**Re: Failure to Comply with Rules and Regulations**

Dear Officer Petrucci:

In accordance with the provisions of the Providence Police Department Rules and Regulations, specifically Part II, Section 200 which provides, in pertinent part, the following:

> **200.5 STANDARD OF CONDUCT:** Personnel shall conduct their private and professional lives in such a manner as to avoid bringing discredit upon themselves or the Department.
>
> **200.6 RULES GOVERNING CONDUCT:** Any act or omission, contrary to good order, discipline, or accepted standards of conduct either on or off duty, shall cause to subject a member or employee to disciplinary action.
>
> **200.12 COURTESY:** Members shall be civil, orderly, diligent, discreet, courteous and patient as a reasonable person is expected to be in any situation, and shall not engage in any verbal or physical altercation, whether on duty or off duty, with any member of the department, employee of the city or citizen.
>
> **200.13 DEMEANOR:** Personnel shall not commit, or omit, any act which distracts from a professional image. Whether on duty or off duty, members are under continuous scrutiny by the public and must take care to conduct themselves in a manner so as to bring credit to themselves, the Department, and the City of Providence.

**200.15 CONDUCT TOWARDS THE PUBLIC:** Personnel shall be courteous in their relationships with the public. They shall answer questions from citizens in a courteous manner and if unable to supply an answer, shall make every effort to obtain the answer for the citizen.

Personnel shall avoid harsh, violent, profane or insolent language or manner. Personnel shall maintain objective attitudes regardless of provocation.

**200.17 DISCRIMINATORY REMARKS:** Personnel shall not speak slightingly of any individual's national or ethnic origin, race, religion, color, sex, age, disability, or sexual orientation.

**200.18 TRUTHFULNESS:** Personnel shall speak the truth at all times and under all circumstances. In cases whereby he is not allowed to divulge facts as regulated by the rules of the Department, he shall decline to speak on the subject.

**200.22 ABUSE OF POSITION:** Personnel shall not use their Department position, identification card or badge for personal gain, or avoiding consequences of illegal acts.

you are hereby notified that, as a result of your violation of the above provisions, you are being terminated as a member of the Providence Police Department.

Please be advised that the above action is based on, among other things, the following:

1. On or about July 29, 2004, the Department received a civilian complaint from Peter Bibby regarding certain conduct you were alleged to have engaged in over the course of time. Specifically, Mr. Bibby alleged that you and he developed a business relationship wherein Mr. Bibby would perform work for a contracting company you have. Mr. Bibby alleged that despite numerous phone calls to you, you have failed to pay him money he claims you owe him for work he performed. Mr. Bibby also claims that on or about July 16, 2004 you gave him a check for some of the work performed with the check post-dated to July 20. Mr. Bibby further alleges that on July 19, 2004 you were called to 150 Ocean Street to settle a dispute between Mr. Bibby and a female. You and your partner responded to this address without being dispatched to the location. According to the police and seizure reports filed with regard to this incident, you and your partner placed Mr. Bibby under arrest by on July 19 while at this address for possession of drugs. Based on a subsequent investigation of this matter conducted by the Department, including but not limited to a review of your witness statement and an interview with you, numerous inconsistencies and

inaccuracies were discovered in your police report. The Department's investigation of this matter revealed that you knowingly omitted information about this incident in the police report, knowingly provided false and/or misleading information in your official report of this incident and did not provide truthful answers to questions placed to you during an interview.

This incident represents the fourth written civilian complaint that has been filed against you between June and early August 2004. In the three (3) prior complaints you have been alleged to have improperly stopped various individuals without appropriate or proper cause and/or acted in an inappropriate manner toward individuals at a car stop. While you initially denied any wrongdoing regarding these matters, you have subsequently admitted that your conduct on these three occasions was wrong. In addition to the above, on June 4, 2004 you were suspended for two (2) days without pay and had your probationary period extended an additional four (4) months as a result of a violation of Section 201.15 of Department Rules and Regulations committed on May 25, 2004.

As you know, you were first appointed as a probationary officer of this Department on February 13, 2004. The above conduct represents five (5) separate incidents of complaint that you have been charged with since you completed your Field Training and Evaluation Program in May 2004 and commenced full time work on a post as a probationary officer with the Department. In addition to the disturbing number of complaints against you in such a short period of time, your attempts to either hide or cover-up your conduct and your failure to truthfully reveal your actions when confronted by Department investigators represents the antithesis of the behavior we expect and demand from officers of this Department.

Based on the above referenced incidents and your record of continued failure to abide by the Rules and Regulations of the Department, I am left with no alternative but to dismiss you from the Department.

Sincerely yours,

DEAN M. ESSERMAN
Colonel
Chief of Police

Enclosures

cc: Jeffrey W. Kasle, Esq.
Robert Paniccia, FOP President
Human Resource Bureau