# EXHIBIT C

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE S.C. SUPERIOR COURT

STATE OF RHODE ISLAND :
VS :
Peter B. Bibby :

P2/04-2930A

Now comes the Attorney General of the State of Rhode Island and dismisses above entitled matter under rule 48 (a) Rules of Criminal Procedure for the following reason (s):

Based on the facts and circumstances of this case, the State will dismiss this matter in the interests of justice.

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
04 SEP 23 PM 1:16

True Copy Attest
Henry S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND

PATRICK C. LYNCH

ATTORNEY GENERAL

BY: [signature] for George Page
9/23/04

White - Court
Yellow - A.G.
Pink - Vic. Wit.

D1-01