**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| and DAVID PETRUCCI OFFICER and | : | |
| PROVIDENCE POLICE DEPARTMENT, | : | |
| ET AL AND JANE AND JOHN DOE, ET AL | : | |

**DEFENDANTS, CITY OF PROVIDENCE AND PROVIDENCE POLICE DEPARTMENT'S, OBJECTION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Now come the Defendants, City of Providence and Providence Police Department, and hereby object to Plaintiff's Motion to Compel More Responsive Answers to Interrogatories.

In support thereof, Defendants rely on the accompanying Memorandum.

Defendants,

City of Providence and Providence
Police Department

By their Attorney:

Joseph M. Fernandez
City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
k_mc1950@hotmail.com

Certificate of Service

I hereby certify that on this 20th day of August, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following pro se Plaintiff by regular mail, postage prepaid.

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920

/s/ Kevin F. McHugh

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PETER J. BIBBY | : | |
| | : | |
| VS | : | C.A. NO. 07-463-S |
| | : | |
| DAVID PETRUCCI, Individually and | : | |
| CITY OF PROVIDENCE, ET AL | : | |
| and DAVID PETRUCCI OFFICER and | : | |
| PROVIDENCE POLICE DEPARTMENT, | : | |
| ET AL AND JANE AND JOHN DOE, ET AL | : | |

**DEFENDANTS, CITY OF PROVIDENCE AND PROVIDENCE POLICE DEPARTMENT'S, MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO PLAINTIFF'S MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Plaintiff has moved to compel more responsive answers to interrogatories numbers 10 – 13. See Exhibit "A" to Plaintiff's Motion to Compel. In doing so, Plaintiff has violated local Rules 7 and 37 in that he has not filed a supporting memorandum nor described how the answers are inadequate The Defendants should not have to guess, nor should the Court.

Wherefore, The Defendants request that Plaintiffs' Motion to Compel More Responsive Answers to Interrogatories be denied.

Defendants,
City of Providence and Providence
Police Department

By their Attorney:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh___________________
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
k_mc1950@hotmail.com

Certificate of Service

I hereby certify that on this 5th day of August, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

I further certify that on said date, a copy of the foregoing was caused to be served on the following pro se Plaintiff by regular mail, postage prepaid.

Peter J. Bibby – Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920

/s/ Kevin F. McHugh________