MJC:mes 95385 \pleading\95385ResponseObject.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PETER J. BIBBY : | |
| : | |
| VS. : | C.A. NO. 07-463-S |
| : | |
| DAVID PETRUCCI, CITY OF PROVIDENCE, : | |
| PROVIDENCE POLICE DEPARTMENT, : | |
| JANE AND JOHN DOE, ET AL : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION
REGARDING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**

In response to the plaintiff's objection to the Report and Recommendation of U.S. Magistrate Judge Jacob Hagopian, that the plaintiff's complaint be dismissed in its entirety, your defendants note the following.

The only objection raised by the plaintiff relates to the statute of limitations issue. Therefore, for that reason alone, all of the other recommendations and findings by the U.S. Magistrate Judge should be sustained.

As to the statute of limitations issue, the plaintiff raises no new arguments. Indeed, he seems to seal his fate by highlighting the untimeliness of this **FEDERAL COURT** complaint by seeking an excusal from the statute of limitations due to an alleged failure of the state Superior Court to docket an earlier filing by the plaintiff and an alleged mishandling of the plaintiff's criminal case by his criminal defense lawyer. Such matters, regardless of their merits, are immaterial to the matter at hand and form no basis to reverse and/or modify the U.S. Magistrate's Report and Recommendation.

DEFENDANT, David Petrucci,
By his Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

        DEFENDANT, City of Providence and
Providence Police Department,
By their Attorney,

/s/ Kevin McHugh
Kevin McHugh, Esq. #3927
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street
Providence, RI 02903
PHONE: (401) 421-7740 ext. 333
FAX: (401) 351-7596

## **CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 21st day of July, 2009, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Kevin F. McHugh, Esq.
City Solicitor's Office
275 Westminster Street, Suite 200
Providence, RI  02903-1845                               /s/ Michael J. Colucci

## **CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/09 to:

Peter J. Bibby, Pro Se
PO Box 20983
Medium Donald Price Facility
Cranston, RI 02920                                       /s/ Michael J. Colucci