UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER J. BIBBY,
    Plaintiff

v.                                            C.A. 07-463S

DAVID PETRUCCI,
ET AL.,
    Defendants

### ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on June 18, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED, Defendants' Motion for Summary Judgment is GRANTED and the action is DISMISSED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 7/21/09